# United States Bankruptcy Court
## District of Colorado

In re: **11380 SMITH RD LLC**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 13, 2018**

/s/ Louis Hard
**Louis Hard/Manager/Member**
Signer/Title

11380 E. Smith Rd Investments, LLC
Kresher Capital
3050 Aventura Blvd., 3rd Floor
Miami, FL 33180


David Laird, Esq.
Moye White, LLP
1400 16th Street, 6th Floor
Denver, CO 80202


Henzel, Tim
1510 Jade Road
Columbia, MO 65201


Louis Hard
7585 S. Biscay Street
Aurora, CO 80016


Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477