UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
11380 SMITH RD LLC ) Case No.
EIN 46-4766309 ) Chapter 11
)
Debtor. )

### CERTIFICATE OF CORPORATE RESOLUTION

This is to certify that I, Louis Hard, Manager of 11380 Smith Rd LLC, am authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary schedules and other documents and schedules accompanying the same on behalf of the LLC;

The LLC is authorized to retain the law firm of Weinman & Associates, P.C., as counsel in connection with the foregoing; and

The Manager is authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

IN WITNESS WHEREOF, I have hereunto set my hand on behalf of 11380 Smith Rd LLC.

11380 Smith Rd LLC,
A Colorado Limited Liability Co.

*/s/ Louis Hard*
Louis Hard, Manager of
11380 Smith Rd LLC