# United States Bankruptcy Court
### District of Colorado

In re **11380 SMITH RD LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **11380 SMITH RD LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2018**
Date

/s/ Jeffrey A. Weinman
Jeffrey A. Weinman 7605
Signature of Attorney or Litigant
Counsel for **11380 SMITH RD LLC**
Weinman & Associates, P.C.
730 17th Street
Suite 240
Denver, CO 80202
303-572-1010 Fax:303-572-1011
jweinman@epitrustee.com