UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
11380 SMITH RD LLC                              )   Case No. 18-10965 TBM
A Colorado Limited Liability Co.                )   Chapter 11
EIN 46-4766309                                  )
                                                )
                                                )
Debtor.                                         )

## NOTICE PURSUANT TO LOCAL RULE 9013.1 OF THE APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTOR-IN-POSSESSION

### OBJECTION DEADLINE: FEBRUARY 27, 2018

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on even date herewith, Debtor filed an Application to Employ Weinman & Associates, P.C. as its counsel in this bankruptcy matter. The Firm has received a $20,000 retainer attributable to the Debtor. A portion of the retainer was expended on pre-petition services and costs including the filing fee. The balance of the retainer is being kept in a Coltaf account. The Firm claims an attorneys lien in the retained funds. Upon information and belief, no party in interest has a senior lien or interest in the funds being retained by the Firm. A copy of the Application is on file at the United States Bankruptcy Court for the District of Colorado, First Floor, U.S. Custom House, 721 19th Street, Denver, Colorado 80202 for your inspection or by request to the undersigned.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: 2/13/18

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.

By: \s\Jeffrey A. Weinman
Jeffrey A. Weinman, #7605
730 17th Street
Suite 240
Denver, Colorado  80202
Phone: (303) 572-1010
Fax:   (303) 572-1011
jweinman@epitrustee.com

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Pursuant to Local Rule 9013.1 of Debtor's Application to Employ Weinman & Associates, P.C. as Counsel for Debtor-In-Possession, has been placed in the United States mail, postage pre-paid on this 13th day of February, 2018 to the following:

See attached mailing matrix obtained from the Court's Electronic data base.

\s\Lisa Barenberg

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-10965-TBM<br>District of Colorado<br>Denver<br>Tue Feb 13 09:55:17 MST 2018 | 11380 E. Smith Rd Investments, LLC<br>Kresher Capital<br>3050 Aventura Blvd., 3rd Floor<br>Miami, FL 33180-3112 | 11380 SMITH RD LLC<br>11380 Smith Road<br>Aurora, CO 80010-1406 |
| (c)DAVID LAIRD, ESQ.<br>MOYE WHITE, LLP<br>1400 16TH ST STE 600<br>DENVER CO 80202-1486 | Henzel, Tim<br>1510 Jade Road<br>Columbia, MO 65201-1702 | Louis Hard<br>7585 S. Biscay Street<br>Aurora, CO 80016-1804 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| David Laird, Esq.<br>Moye White, LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202 | End of Label Matrix<br>Mailable recipients    8<br>Bypassed recipients    0<br>Total                  8 |