UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor(s). ) | |

## NOTICE OF AUTOMATIC STAY

TO:  11380 E. Smith Rd Investments, LLC
     Kresher Capital
     3050 Aventura Blvd., 3rd Floor
     Miami, FL 33180

TO:  David Laird, Esq.
     Moye White, LLP
     1400 16th Street, 6th Floor
     Denver, CO 80202
     (Counsel for 11380 E. Smith Rd Investments, LLC)

TO:  Adams County Public Trustee
     Chief Deputy Public Trustee
     4430 S. Adams County Parkway
     1st Floor, Suite W 1000
     Brighton, CO 80601-8217
     (Foreclosure No. A201777228 - Foreclosure Date: 2/14/18)

YOU ARE HEREBY NOTIFIED that an Order for Relief has been made for the Debtor named above based upon a Chapter 11 Voluntary Petition for Relief filed in this Court on February 13, 2018, in accordance with Title 11 U.S.C. §301. Pursuant to Title 11 U.S.C. §362(a), all creditors of said Debtor are hereby stayed from the following:

1.  The commencement or continuation, including the issuance or employment process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the case under this Title, or to recover a claim against the Debtor that arose before the commencement of the case under this Title;

2.  The enforcement, against the Debtor or against property of the estate, of a judgment obtained before the commencement of this case under this Title;

3. Any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

4. Any act to create, perfect, or enforce any lien against property of the estate;

5. Any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this Title;

6. Any act to collect, assess, or recover a claim against the Debtor that arose before the commencement of the case under this Title;

7. The setoff of any debt owing to the Debtor that arose before the commencement of the case under this Title against any claim against the Debtor; and

8. The commencement or continuation of a proceeding before the United States Tax Court concerning the Debtor.

Relief from the automatic stay may be sought by filing a Motion in this Court pursuant to 11 U.S.C. §362(d).

DATED: 2/13/18

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.

        By: /s/Jeffrey A. Weinman
        Jeffrey A. Weinman #7605
        730 17th Street
        Suite 240
        Denver, Colorado  80202
        Phone: (303) 572-1010
        jweinman@epitrustee.com

## CERTIFICATE OF MAILING

  I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF AUTOMATIC STAY has been placed in the United States mail, postage pre-paid, emailed and/or faxed on this 13th day of February, 2018 to the following:

11380 E. Smith Rd Investments, LLC (US Mail)
Kresher Capital
3050 Aventura Blvd., 3rd Floor
Miami, FL 33180

David Laird, Esq. (US Mail and Email)
Counsel for 11380 E. Smith Rd Investments, LLC
Moye White, LLP
1400 16th Street, 6th Floor
Denver, CO 80202

Adams County Public Trustee (US Mail and Facsimile)
Chief Deputy Public Trustee
4430 S. Adams County Parkway
1st Floor, Suite W1000
Brighton, CO 80601-8217


              /s/Lisa Barenberg