UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH ROAD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**DISCLOSURE REGARDING RECEIVERS**

In a Chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[X]   No receiver is in possession of Debtor's property.

[ ]   A receiver is in possession of all or part of the Debtor's property.

Identification (by address or legal description) of property(ies): _____
Name of Creditor: _____
Name, Address and Telephone Number of Receiver:

_____
_____
_____

Attorney for Receiver (if any): _____
Name, Address and Telephone Number of Attorney:

_____
_____

Date of Appointment of Receiver: _____
Court Appointing Receiver and Case No.: _____

_____

DATED: February 13, 2018        Respectfully Submitted,
                                WEINMAN & ASSOCIATES, P.C.

                                By: /s/ *Jeffrey A. Weinman*
                                    Jeffrey A. Weinman, #7605
                                    730 17th Street, Suite 240
                                    Denver, CO 80202-3506
                                    Telephone: (303) 572-1010
                                    Facsimile: (303) 572-1011
                                    jweinman@weinmanpc.com