## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH RD LLC | ) | Case No. 18-10965-TBM |
| Tax ID / EIN: 46-4766309 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | | |

### UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: February 14, 2018

Respectfully submitted,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Daniel J. Morse
By: Daniel J. Morse, WY Bar # 7-4770
Assistant U.S. Trustee, District of Wyoming
U.S. Department of Justice
308 West 21st Street, Room 203
Cheyenne, WY 82001
Direct Line: 307-772-2793
Email: Daniel.J.Morse@USDOJ.GOV

## CERTIFICATE OF SERVICE

   I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: February 14, 2018

11380 Smith Rd, LLC
11380 Smith Road
Aurora, CO 80010

Jeffrey Weinman
730 17th Street
Ste. 240
Denver, CO 80202

                /s/ Sherri Barnett
                Office of the United States Trustee