# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No.  18-10965-TBM |
| Tax ID / EIN: 46-4766309 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. | |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: February 14, 2018             Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ R. Samuel Boughner
By: R. Samuel Boughner, AR#2010272
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO  80294
(303) 312-7252
(303) 312-7259 fax
Samuel.Boughner@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: February 14, 2018

11380 Smith Rd, LLC
11380 Smith Road
Aurora, CO 80010

Jeffrey Weinman
730 17th Street
Ste. 240
Denver, CO 80202

                                                    /s/ Lauren Collins-Barron
                                                    Office of the United States Trustee