UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Thomas B. McNamara

In re:

11380 SMITH RD, LLC,

Debtor.

Bankruptcy Case No. 18-10965 TBM
Chapter 11

_____

**ORDER AND NOTICE OF CHAPTER 11 STATUS CONFERENCE**
_____

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a preliminary review of the file and has determined that a Status Conference should be set pursuant to 11 U.S.C. § 105(d)(1). At the conference the Debtor shall:

a) be prepared to inform the Court generally about the nature of the Debtor's assets and liabilities, source or sources of income, any business it conducts, and the reasons for filing bankruptcy;

b) be prepared to discuss generally the Debtor's intended plan for reorganization, changes in operations, insurance coverage, tax liability, restructuring of debt, use of cash collateral and other matters pertinent to the Debtor's financial affairs, business or reorganization;

c) as applicable, be prepared to advise the Court regarding the Debtor's operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case and any particularities of the case which require resolution;

d) be prepared to propose a schedule for the filing of a disclosure statement, the filing of a plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization;

e) be prepared to advise the Court whether the Debtor anticipates filing a separate disclosure statement or a simply a plan that provides sufficient information that a separate disclosure statement is not necessary pursuant to 11 U.S.C. §1125(f)(1);

f) be prepared to advise the Court whether the Debtor is required to file the Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest (Official Form 26) pursuant to Fed. R. Bankr. P. 2015.3;

g)     be prepared to advise the Court as to whether the Debtor qualifies as a "small business" pursuant to 11 U.S.C. § 101 (51C) or whether the case is a "single asset real estate case" as defined by 11 U.S.C. § 101 (51B); and

h)     if the Debtor is a "small business" pursuant to 11 U.S.C. §101 (51C), be prepared to advise the Court whether it has filed and will continue to file a Small Business Monthly Operating Report (Official Form 25C) as required by 11 U.S.C. §308 and Fed. R. Bankr. P. 2015(a)(6);

i)     if the Debtor is a "small business" pursuant to 11 U.S.C. § 101(51C), be prepared to advise the Court whether the Debtors anticipate filing a separate disclosure statement or simply a plan that provides sufficient information that a separate disclosure statement is not necessary pursuant to 11 U.S.C. §1125(f)(1);

j)     if the Debtor is a "small business" pursuant to 11 U.S.C. § 101(51C), be prepared to advise the Court of any current or prospective failures to fully and timely comply with 11 U.S.C. § 1116;

k)     be prepared to advise the Court regarding the status of any pending motions; and

l)     be prepared to identify any other issues that may require prompt attention of the Court or otherwise may be necessary to ensure expeditious and economical resolution of this case.

**IT IS THEREFORE ORDERED** that:

a)     The Debtor shall appear before the Honorable Thomas B. McNamara on **Friday, March 23, 2018**, **at 3:00 p.m., in Courtroom E**, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202, for a <u>Status Conference</u>.  Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.

b)     **FORTHWITH**, **Debtor shall: (1) serve a copy of this Order on the United States Trustee, all creditors, other parties-in-interest, and those who have filed an entry of appearance and request for notice in this case; and (2) file a certificate of service with the Court, evidencing compliance with this Order, <u>no later than fourteen (14) days prior to the scheduled hearing</u>.**

DATED this 20th day of February, 2018.     BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara,
United States Bankruptcy Court Judge