IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>11380 SMITH ROAD LLC<br>EIN 46-4766309<br><br>    Debtors. | Chapter 11<br><br>Case No. 18-10965 TBM |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned set forth below hereby appears as counsel for 11380 East Smith Rd Investments, LLC. Request is hereby made, pursuant to Rule 2002 of the Bankruptcy Rules, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following person at the mailing addresses and email addresses indicated below:

Timothy M. Swanson
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202
Telephone: (303) 292-2900
Facsimile: (303) 292-4510
Email: tim.swanson@moyewhite.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes, not only notices and papers referred to in Rule 2002 of the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the

4811-9218-0061.1

foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 20, 2017    **MOYE WHITE LLP**

/s/ *Timothy M. Swanson*
Timothy M. Swanson, Colorado No. 47267
1400 16th Street, Suite 600
Denver, CO 80202
(303) 292-2900
(303) 292-4510 *facsimile*
tim.swanson@moyewhite.com
**Counsel for 11380 East Smith Rd Investments, LLC**

2

**CERTIFICATE OF SERVICE**

   I, Timothy M. Swanson, an attorney, hereby certify that on February 20, 2018, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** was duly served upon all parties entitled to receive electronic notice *via* the Court's CM/ECF filing system.

                   */s/ Timothy M. Swanson*
                   Timothy M. Swanson