**Fill in this information to identify the case:**

Debtor name: **11380 SMITH RD LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **18-10965 TBM**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adams County Treasurer**<br>**Brigitte Grimm, Treasurer**<br>**4430 S. Adams County Pkwy**<br>**Brighton, CO 80601** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,752.38 | $56,752.38 |
| Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Real property taxes due in April 2018** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Henzel, Tim**<br>**1510 Jade Road**<br>**Columbia, MO 65201** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200,000.00 |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Loan**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Owners Insurance Company**<br>**Division of Insurance**<br>**1560 Broadway**<br>**Denver, CO 80202** | As of the petition filing date, the claim is: Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | Unknown |
| Date(s) debt was incurred **2017**<br>Last 4 digits of account number __ | Basis for the claim: **Attorney's fees and expenses**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | 11380 SMITH RD LLC | Case number (if known) | 18-10965 TBM |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|
| | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **October 2017** | Basis for the claim: **Utility services** | |
| | Last 4 digits of account number **6413** | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gregory Giometti, Esq.<br>c/o Gregory R. Giometti & Assoc.<br>50 South Steele, #480<br>Denver, CO 80209 | Line **3.2**<br><br>☐ Not listed. Explain ___ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 56,752.38 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,232,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,288,752.38 |