| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | 11380 Smith Rd LLC | | Case # | 18-10965 TBM |
| | First Name   Middle Name | Last Name | | |
| Debtor 2: | | | Chapter | 11 |
| | First Name   Middle Name | Last Name | | |

**Local Bankruptcy Form 1009-1.1**
Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.

## Part 1  Disclosure

You are hereby notified that the debtor has filed amended documents:

## Part 2  Amendments

### 2.1. Petition

☑ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

### 2.2. List(s)

☑ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

### 2.3. Schedule(s) of Debts

☐ Not applicable (no amendments to Schedules of Debt(s))

☑ Schedule(s) of Debts are amended as follows:

L.B.F. 1009-1.1 (12/17)  Page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Schedules A/B:

| Description of property | Interest in Property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| | | | |
| | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedule E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☑ New creditor<br>☐ Amendment to existing creditor | Adams County Treasurer<br>Brigitte Grimm, Treas.<br>4430 S. Adam County Pkwy<br>Brighton, CO 80601 | 56,752.38 | 56,752.38 | |
| ☑ New creditor<br>☐ Amendment to existing creditor | Owners Insurance Co.<br>Division of Insurance<br>1560 Broadway<br>Denver, CO 80202<br><br>Additional Notice:<br>Gregory Giometti, Esq.<br>50 S. Steele, #480<br>Denver, CO 80209 | Unknown<br>Contingent,<br>Disputed,<br>Unliquidated | | |

Schedule G

| Contracting/Leasing party and address | What the contract or lease is for |
|---|---|
| | |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |

|                                     |                          |
| ----------------------------------- | ------------------------ |
| Schedule I/J:                       |                          |
|                                     | Amended/New information  |
|                                     |                          |
|                                     |                          |

### 2.4. Statements(s)

☑ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
| --------- | ---------------------------- | --------------- |
|           |                              |                 |

### 2.5. Addition of Creditor(s)

☑ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
| ----------------------------------------------- | ---------------------------------------- |
|                                                 |                                          |

## Part 3   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: **March 7, 2018**                  By: **/s/ Jeffrey A. Weinman**
                                               Signature

                                          Bar Number (if applicable):: **7605 CO**
                                          Mailing Address: **730 17th Street**
                                                           **Suite 240**
                                                           **Denver, CO 80202**
                                          Telephone number: **303-572-1010**
                                          Facsimile number: **303-572-1011**
                                          E-mail address: **jweinman@epitrustee.com**

## Part 4   Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **March 7, 2018**                  By: **/s/ Louis Hard**
                                               Signature of debtor

                                          Mailing Address:

                                          Telephone number:
                                          Facsimile number:
                                          E-mail address:

Fill in this information to identify the case:

Debtor name: **11380 SMITH RD LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **18-10965 TBM**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adams County Treasurer**<br>**Brigitte Grimm, Treasurer**<br>**4430 S. Adams County Pkwy**<br>**Brighton, CO 80601** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,752.38 | $56,752.38 |
| Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Real property taxes due in April 2018** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Henzel, Tim**<br>**1510 Jade Road**<br>**Columbia, MO 65201** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200,000.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Owners Insurance Company**<br>**Division of Insurance**<br>**1560 Broadway**<br>**Denver, CO 80202** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| Date(s) debt was incurred **2017**<br>Last 4 digits of account number _ | Basis for the claim: **Attorney's fees and expenses**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | 11380 SMITH RD LLC | Case number (if known) | 18-10965 TBM |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|
| | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  October 2017 | Basis for the claim: Utility services | |
| | Last 4 digits of account number  6413 | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gregory Giometti, Esq.<br>c/o Gregory R. Giometti & Assoc.<br>50 South Steele, #480<br>Denver, CO 80209 | Line  3.2 <br><br>☐ Not listed. Explain ___ | — |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 56,752.38 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,232,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,288,752.38 |

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF AMENDMENT OF PETITION, LISTS, SCHEDULES, STATEMENTS AND/OR ADDITION OF CREDITORS ALONG WITH THE AMENDED SCHEDULE E/F - CREDITORS WHO HAVE UNSECURED CLAIMS, has been placed in the United States mail, postage pre-paid, on this 7th day of March, 2018, to the following:

Samuel Boughner, Esq.  
Office of the U.S. Trustee  
1961 Stout Street  
Suite 12-200  
Denver, CO 80294  

Gregory Giometti, Esq.  
Attorney for Owners Insurance Co.  
50 South Steele, #480  
Denver, CO 80209  

11380 Smith Rd LLC  
Attn: Louis Hard  
11380 Smith Road  
Aurora, CO 80010  

Daniel J. Morse, Esq.  
U.S. Trustee's Office  
308 W. 21st St., Room 203  
Cheyenne, WY 82001  

Timothy M. Swanson, Esq.  
Moye White LLP  
1400 16th Street, Sixth Floor  
Denver, CO 80202  

Scott C. James, Esq.  
Moye White LLP  
1400 16th Street, Sixth Floor  
Denver, CO 80202  

Adam County Treasurer  
Brigitte Grimm, Treasurer  
4430 S. Adams County Pkwy  
Brighton, CO 80601  

Owners Insurance Co.  
Division of Insurance  
1560 Broadway  
Denver, CO 80202  

\s\Lisa Barenberg