| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | 11380 SMITH RD LLC | | Case # | 18-10965 TBM |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | | Chapter 11 | |
| | First Name | Middle Name | Last Name | |

**Local Bankruptcy Form 1009-1.1**
**Corrected Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors**

Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.

### Part 1 — Disclosure

You are hereby notified that the debtor has filed amended documents:

### Part 2 — Amendments

**2.1. Petition**

☐ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☐ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**2.3. Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☒ Schedule(s) of Debts are amended as follows:

**Schedules A/B:**

| Description of property | Interest in Property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| | | | |
| | | | |

**Schedule C:**

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

**Schedule D:**

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☑ New creditor<br>☑ Amendment to existing creditor | ADAMS COUNTY TREASURER<br>BRIGITTE GRIMM, TREASURER<br>4430 S. ADAMS COUNTY PKWY<br>BRIGHTON, CO 80601 | 56,752.38 | REAL PROP. LOCATED AT 11380 SMITH RD. | 6,500,000 | Corrected to show as secured rather than priority creditor |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

**Schedule E/F:**

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☑ New creditor<br>☐ Amendment to existing creditor | Owens Insurance Co.<br>Division of Insurance<br>1560 Broadway<br>Denver, CO 80202<br><br>Additional Notice:<br>Gregory Giometti, Esq.<br>Atty for Owens Ins.<br>50 S. Steele, #480<br>Denver, CO 80209 | Unknown Contingent, Disputed and Unliquidated | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

**Schedule G**

| Contracting/Leasing party and address | What the contract or lease is for |
|---|---|
| | |
| | |

**Schedule H:**

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|

|   |   |
|---|---|
|   |   |

Schedule I/J:

| Amended/New information |
|---|
|   |

### 2.4. Statements(s)

☐ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
|   |   |   |

### 2.5. Addition of Creditor(s)

☐ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|   |   |

**Part 3**   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: March 7, 2018         By: /s/ Jeffrey A. Weinman
                                  Signature

Bar Number (if applicable):: 7605 CO
Mailing Address: 730 17th Street
                 Suite 240
                 Denver, CO 80202
Telephone number: 303-572-1010
Facsimile number: 303-572-1011
E-mail address: jweinman@epitrustee.com

**Part 4**   Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2018         By: /s/ Louis Hard
                                  Signature of debtor

Mailing Address:

Telephone number:
Facsimile number:

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing CORRECTED NOTICE OF AMENDMENT OF PETITION, LISTS, SCHEDULES, STATEMENTS AND/OR ADDITION OF CREDITORS ALONG WITH THE AMENDED SCHEDULE D, AMENDED SCHEDULE E/F AND THE NOTICE OF CHAPTER 11 FILING has been placed in the United States mail, postage pre-paid, on this 7th day of March, 2018, to the following:

Samuel Boughner, Esq.
Office of the U.S. Trustee
1961 Stout Street
Suite 12-200
Denver, CO 80294

Gregory Giometti, Esq.
Attorney for Owners Insurance Co.
50 South Steele, #480
Denver, CO 80209

11380 Smith Rd LLC
Attn: Louis Hard
11380 Smith Road
Aurora, CO 80010

Daniel J. Morse, Esq.
U.S. Trustee's Office
308 W. 21st St., Room 203
Cheyenne, WY 82001

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202

Scott C. James, Esq.
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202

Adam County Treasurer
Brigitte Grimm, Treasurer
4430 S. Adams County Pkwy
Brighton, CO 80601

Owners Insurance Co.
Division of Insurance
1560 Broadway
Denver, CO 80202

\s\Lisa Barenberg

Fill in this information to identify the case:

Debtor name: **11380 SMITH RD LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 18-10965 TBM

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **11380 E. Smith Rd Investments, LLC**<br>Creditor's Name<br>**Kresher Capital**<br>**3050 Aventura Blvd., 3rd Floor**<br>**Miami, FL 33180**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**October 2016**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**11380 Smith Road**<br>**Aurora, CO**<br>**(Estimated Value)**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,531,638.47 | $6,500,000.00 |
| **2.2** **Adams County Treasurer**<br>Creditor's Name<br>**Brigitte Grimm, Treasurer**<br>**4430 S. Adams County Pkwy**<br>**Brighton, CO 80601**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2017**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Real property taxes due in April 2018**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $56,752.38 | $6,500,000.00 |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor | 11380 SMITH RD LLC | Case number (if know) | 18-10965 TBM |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $3,588,390.85

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Laird, Esq.<br>Moye White, LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202 | Line 2.1 | |

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 2 of 2

Fill in this information to identify the case:

Debtor name: **11380 SMITH RD LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **18-10965 TBM**

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>Henzel, Tim<br>1510 Jade Road<br>Columbia, MO 65201 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>Owners Insurance Company<br>Division of Insurance<br>1560 Broadway<br>Denver, CO 80202 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | Date(s) debt was incurred **2017**<br>Last 4 digits of account number __ | Basis for the claim: **Attorney's fees and expenses**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,000.00 |
| | Date(s) debt was incurred **October 2017**<br>Last 4 digits of account number **6413** | Basis for the claim: **Utility services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | 11380 SMITH RD LLC | Case number (if known) | 18-10965 TBM |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gregory Giometti, Esq.<br>c/o Gregory R. Giometti & Assoc.<br>50 South Steele, #480<br>Denver, CO 80209 | Line 3.2<br>☐ Not listed. Explain ___ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,232,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,232,000.00 |

| Information to identify the case: | | |
|---|---|---|
| Debtor | **11380 SMITH RD LLC** <br> Name | EIN **46-4766309** |
| United States Bankruptcy Court **District of Colorado** <br> Case number: **18-10965-TBM** | | Date case filed for chapter **11   2/13/18** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 12/17

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | Debtor's full name | 11380 SMITH RD LLC | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 11380 Smith Road <br> Aurora, CO 80010 | |
| 4. | Debtor's attorney <br> Name and address | Jeffrey Weinman <br> 730 17th St. <br> Ste. 240 <br> Denver, CO 80202 | Contact phone 303-572-1010 <br> Email _____ |
| 5. | Bankruptcy clerk's office <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court <br> US Custom House <br> 721 19th St. <br> Denver, CO 80202-2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM <br> Contact phone 720-904-7300 <br> Date: 2/20/18 |
| 6. | Meeting of creditors <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | March 23, 2018 at 01:00 PM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> Byron G. Rogers Federal Building, <br> 1961 Stout Street, Suite 16-200, <br> Room C, Denver, CO 80294 |

For more information, see page 2 >

Official Form 309F (For Corporations or Partnerships)
COB#780 b309f_11b

Debtor  **11380 SMITH RD LLC**                                                                 Case number **18-10965-TBM**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and 11 U.S.C. § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |