UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH RD LLC | ) | Case No. 18-10965 TBM |
| EIN 46-4766309 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOVANT'S CERTIFICATE OF CONTESTED MATTER WITH RESPECT TO THE APPLICATION TO EMPLOY CBRE, INC. AS BROKERAGE FIRM FOR THE ESTATE AND REQUEST FOR HEARING**

On February 19, 2018, Debtor-in-Possession, 11380 Smith Rd LLC ("Movant"), filed an Application to Employ CBRE, Inc. as Brokerage Firm for the Estate. Movant hereby certifies as follows:

1. Service of the application, all documents attached thereto and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on February 19, 2018.

2. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 14);
   b. the certificate of service of the motion and all documents attached thereto and served therewith, notice and proposed order, (Docket No. 14);
   c. the proposed order, (Docket No. 14); and

3. An Objection to the Application was filed by 11380 East Smith Rd Investments, LLC on March 5, 2018 (Docket No. 31).

4. Movant believes that resolution of this contested matter will require an evidentiary hearing. Movant estimates that the hearing will require approximately one (1) hour for hearing.

WHEREFORE, Movant prays that the court set this matter for hearing.

DATED: March 9, 2018

                                        Respectfully Submitted,

                                        WEINMAN & ASSOCIATES, P.C.

By: /s/ Jeffrey A. Weinman
       Jeffrey A. Weinman, #7605
       730 17th Street, Suite 240
       Denver, CO 80202-3506
       Telephone: (303) 572-1010
       Facsimile: (303) 572-1011
       jweinman@weinmanpc.com