UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH RD LLC | ) | Case No. 18-10965 TBM |
| A Colorado Limited Liability Co. | ) | Chapter 11 |
| EIN 46-4766309 | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF WEINMAN & ASSOCIATES, P.C.

THIS MATTER, having come before this Court upon Debtor's Application to Employ Weinman & Associates, P.C. as counsel for the Debtor, and the Court being duly advised in the premises,

HEREBY FINDS that the employment of Weinman & Associates, P.C. is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Weinman & Associates, P.C. is authorized to represent Debtor as bankruptcy counsel of record in the above-captioned case; and it is

FURTHER ORDERED that Weinman & Associates, P.C. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: March 9, 2018

BY THE COURT:

*Thomas B. McNamara*
BANKRUPTCY JUDGE