# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH RD LLC,

Debtor.

Bankruptcy Case No. 18-10965 TBM
Chapter 11

---

## ORDER GRANTING MOTION FOR ORDER AUTHORIZING
## EXAMINATION OF DEBTOR PURSUANT TO FED. R. BANKR. P. 2004

---

On March 6, 2018, 11380 East Smith RD Investments, LLC (the "Movant"), filed a "Ex Parte Motion for Rule 2004 Examination of Debtor 11380 Smith Road, LLC" (Docket No. 32, "the Motion"). The Court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct the requested examination of the Debtor, 11380 Smith Rd, LLC, pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1. The Court

FURTHER ORDERS that the Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed. R. Bankr. P. 2004(c) and 9016.

DATED this 9th day of March, 2018.

BY THE COURT:

Thomas B. McNamara,
United States Bankruptcy Judge