United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: spressera      Page 1 of 1      Date Rcvd: Mar 09, 2018  
                        Form ID: pdf904      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
            Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov  
            Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,  
            lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com  
            Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov  
            Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC  
            scott.james@moyewhite.com,   brooke.somerville@moyewhite.com  
            Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC  
            tim.swanson@moyewhite.com,   audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com  
            US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                                     TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
11380 SMITH RD LLC                        )    Case No. 18-10965 TBM
A Colorado Limited Liability Co.          )    Chapter 11
EIN 46-4766309                            )
                                          )
Debtor.                                   )

**ORDER AUTHORIZING EMPLOYMENT OF WEINMAN & ASSOCIATES, P.C.**

THIS MATTER, having come before this Court upon Debtor's Application to Employ Weinman & Associates, P.C. as counsel for the Debtor, and the Court being duly advised in the premises,

HEREBY FINDS that the employment of Weinman & Associates, P.C. is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Weinman & Associates, P.C. is authorized to represent Debtor as bankruptcy counsel of record in the above-captioned case; and it is

FURTHER ORDERED that Weinman & Associates, P.C. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: March 9, 2018

BY THE COURT:

*Thomas B. McNamara*
BANKRUPTCY JUDGE