**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

|  |  |
|---|---|
| In re:<br><br>11380 SMITH RD, LLC,<br><br>Debtor. | Bankruptcy Case No. 18-10965 TBM<br><br>Chapter 11 |

**ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD**

THIS MATTER comes before the Court in connection with the Status Conference scheduled to commence before Judge Thomas B. McNamara on **Friday, March 23, 2018, at 3:00 p.m.** in Courtroom E, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado. The Court hereby

ORDERS that the following matters will be heard in addition to the already scheduled matter: "Application to Employ CBRE, Inc. as Brokerage Firm for the Estate" filed by Debtor and the Objection thereto filed by 11380 East Smith Road Investments, LLC (Docket Nos. 14 and 31).

NOTICE IS FURTHER GIVEN that at the time of the hearing, the Parties shall be prepared to discuss the status and schedule of the case, present any legal issues related to the Application to Employ, and advise the Court whether any factual issues require resolution through an evidentiary hearing. If an evidentiary hearing is required, the parties shall be prepared to advise the Court regarding the discovery needed and time required to conduct such discovery, the amount of time required for an evidentiary hearing, and the number of witnesses they anticipate they will need to call. If it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/parties *shall bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 12th day of March, 2018.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge