UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF BROWN DUNNING WALKER PC, AS SPECIAL LITIGATION COUNSEL AND FOR APPROVAL OF RETAINER**

THIS MATTER is before the Court on the application of the Debtor for an order authorizing the employment of Brown Dunning Walker PC as special litigation counsel for the Debtor-in-Possession and approval of retainer (Docket No. 24, the "Application"). The Debtor asserts it has provided proper notice of the Application and no objection has been filed. The Court has reviewed the Application, including the Affidavit of Douglas W. Brown, Esq. (Docket No. 24-1) attached thereto. Accordingly, the Court:

HEREBY FINDS that the employment of Brown Dunning Walker PC as special litigation counsel is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Brown Dunning Walker PC is authorized to represent Debtor as special litigation counsel in the above-captioned case; and

FURTHER ORDERS that the retainer arrangement described in the Debtor's application is approved; and it is

FURTHER ORDERED that Brown Dunning Walker PC shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: March 14, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge