United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: spressera | Page 1 of 1 | Date Rcvd: Mar 12, 2018 |
|---|---|---|---|
| | Form ID: pdf904 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db        +11380 SMITH RD LLC,   11380 Smith Road,   Aurora, CO 80010-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
      Daniel J. Morse   on behalf of U.S. Trustee   US Trustee daniel.j.morse@usdoj.gov
      Jeffrey Weinman   on behalf of Debtor   11380 SMITH RD LLC jweinman@epitrustee.com,
       lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
      Robert Samuel Boughner   on behalf of U.S. Trustee   US Trustee Samuel.Boughner@usdoj.gov
      Scott Calvin James   on behalf of Creditor   11380 East Smith Rd Investments, LLC
       scott.james@moyewhite.com,   brooke.somerville@moyewhite.com
      Timothy M. Swanson   on behalf of Creditor   11380 East Smith Rd Investments, LLC
       tim.swanson@moyewhite.com,   audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
      US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                     TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>11380 SMITH RD, LLC,<br><br>Debtor. | Bankruptcy Case No. 18-10965 TBM<br><br>Chapter 11 |

**ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD**

THIS MATTER comes before the Court in connection with the Status Conference scheduled to commence before Judge Thomas B. McNamara on **Friday, March 23, 2018, at 3:00 p.m.** in Courtroom E, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado. The Court hereby

ORDERS that the following matters will be heard in addition to the already scheduled matter: "Application to Employ CBRE, Inc. as Brokerage Firm for the Estate" filed by Debtor and the Objection thereto filed by 11380 East Smith Road Investments, LLC (Docket Nos. 14 and 31).

NOTICE IS FURTHER GIVEN that at the time of the hearing, the Parties shall be prepared to discuss the status and schedule of the case, present any legal issues related to the Application to Employ, and advise the Court whether any factual issues require resolution through an evidentiary hearing. If an evidentiary hearing is required, the parties shall be prepared to advise the Court regarding the discovery needed and time required to conduct such discovery, the amount of time required for an evidentiary hearing, and the number of witnesses they anticipate they will need to call. If it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/parties *shall bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 12th day of March, 2018.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge