United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: spressera        Page 1 of 1        Date Rcvd: Mar 14, 2018  
                      Form ID: pdf904       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.  
db         +11380 SMITH RD LLC,   11380 Smith Road,   Aurora, CO 80010-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:  
          Daniel J. Morse   on behalf of U.S. Trustee   US Trustee daniel.j.morse@usdoj.gov  
          Jeffrey Weinman   on behalf of Debtor   11380 SMITH RD LLC jweinman@epitrustee.com,  
           lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com  
          Robert Samuel Boughner   on behalf of U.S. Trustee   US Trustee Samuel.Boughner@usdoj.gov  
          Scott Calvin James   on behalf of Creditor   11380 East Smith Rd Investments, LLC  
           scott.james@moyewhite.com,   brooke.somerville@moyewhite.com  
          Timothy M. Swanson   on behalf of Creditor   11380 East Smith Rd Investments, LLC  
           tim.swanson@moyewhite.com,   audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com  
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
11380 SMITH RD LLC )  Case No. 18-10965 TBM
EIN 46-4766309 )  Chapter 11
)
Debtor. )

### ORDER AUTHORIZING EMPLOYMENT OF BROWN DUNNING WALKER PC, AS SPECIAL LITIGATION COUNSEL AND FOR APPROVAL OF RETAINER

THIS MATTER is before the Court on the application of the Debtor for an order authorizing the employment of Brown Dunning Walker PC as special litigation counsel for the Debtor-in-Possession and approval of retainer (Docket No. 24, the "Application"). The Debtor asserts it has provided proper notice of the Application and no objection has been filed. The Court has reviewed the Application, including the Affidavit of Douglas W. Brown, Esq. (Docket No. 24-1) attached thereto. Accordingly, the Court:

HEREBY FINDS that the employment of Brown Dunning Walker PC as special litigation counsel is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Brown Dunning Walker PC is authorized to represent Debtor as special litigation counsel in the above-captioned case; and

FURTHER ORDERS that the retainer arrangement described in the Debtor's application is approved; and it is

FURTHER ORDERED that Brown Dunning Walker PC shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: March 14, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge