UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| 11380 SMITH RD LLC ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Owners Insurance Company and ) | |
| 355 Moline, LLC ) | |
| Respondents. ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER WITH RESPECT TO THE DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR ENTRY OF ORDER**

On February 23, 2018, Debtor-in-Possession, 11380 Smith Rd LLC ("Movant"), filed a motion or application pursuant to L.B.R. 9013-1 entitled: Debtor's Motion for Relief from the Automatic Stay.  Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on February 23, 2018.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on February 23, 2018.

3. The docket numbers for each of the following relevant documents are:
    a. the motion and all documents attached thereto and served therewith, (Docket No. 28);
    b. the certificate of service of the motion and all documents attached thereto and served therewith, notice and proposed order, (Docket No. 28);

      c.    the notice, (Docket No. 28);
      d.    the certificate of service of the notice, (Docket No. 28);
      e.    the proposed order, (Docket No. 28); and

4. No objections were filed, therefore, Debtor requests that the Court enter the order granting the requested relief.

WHEREFORE, Movant prays that the court forthwith enter an order attached to Debtor's Motion at Docket No. 28, granting the requested relief.

DATED: March 19, 2018

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.


By: /s/ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    730 17th Street, Suite 240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@weinmanpc.com