UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| 11380 SMITH RD LLC | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| Owners Insurance Company and | ) |
| 355 Moline, LLC, | ) |
| | ) |
| Respondents. | |

**ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER is before the Court on the Debtor's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §§362(a) and 362(d)(1) (Docket No. 28, the "Motion")., The Debtor asserts it has provided proper notice of the Motion and no objection has been filed. Accordingly, the Court being advised in the premises:

HEREBY determines that cause exists to grant the Motion; and

ORDERS that the Motion (Docket No. 28) is GRANTED and the automatic stay of Section 362(a) is lifted to allow the following case pending in th United States District Court for the District of Colorado to proceed: *Owners Insurance Company, Plaintiff and Counter Claim Defendant v. 11380 Smith Rd LLC and 355 Moline LLC, Defendants and Counter Claim Plaintiffs*, Case No. 17-CV-00346.

DATED: March 21, 2018              BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge