```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                          Case No. 18-10965-TBM
11380 SMITH RD LLC                                              Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: spressera             Page 1 of 1           Date Rcvd: Mar 21, 2018
                             Form ID: pdf904             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.
db              +11380 SMITH RD LLC,   11380 Smith Road,   Aurora, CO 80010-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,  brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| 11380 SMITH RD LLC | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| Owners Insurance Company and | ) |
| 355 Moline, LLC, | ) |
| | ) |
| Respondents. | |

### ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER is before the Court on the Debtor's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §§362(a) and 362(d)(1) (Docket No. 28, the "Motion")., The Debtor asserts it has provided proper notice of the Motion and no objection has been filed. Accordingly, the Court being advised in the premises:

HEREBY determines that cause exists to grant the Motion; and

ORDERS that the Motion (Docket No. 28) is GRANTED and the automatic stay of Section 362(a) is lifted to allow the following case pending in th United States District Court for the District of Colorado to proceed: *Owners Insurance Company, Plaintiff and Counter Claim Defendant v. 11380 Smith Rd LLC and 355 Moline LLC, Defendants and Counter Claim Plaintiffs*, Case No. 17-CV-00346.

DATED: March 21, 2018                    BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge