UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding/Minute Order*

| Date: March 23, 2018 | Honorable Thomas B. McNamara, Presiding |
|---|---|
| | Anne E. R. Tunnell, Law Clerk |

In re: 11380 Smith RD LLC

Debtor.

Case No. **18-10965 TBM**
Chapter 11

Appearances

| | | | |
|---|---|---|---|
| Trustee | | Counsel | R. Samuel Boughner |
| Debtor | Louis Hard, representative of the Debtor | Counsel | Jeffrey A. Weinman |
| Creditor | 11380 East Smith RD Investments, LLC | Counsel | Timothy M. Swanson |
| Creditor | | Counsel | |
| Creditor | | | |

**PROCEEDINGS**: (1) Chapter 11 Status and Scheduling Conference Pursuant to 11 U.S.C. § 105(d); and (2) Non-Evidentiary Hearing on Debtor's Application to Employ CBRE, Inc. as Brokerage Firm for the Estate (Docket No. 14, the "Application") and the Objection thereto (Docket No. 31, the "Objection") filed by 11380 East Smith RD Investments, LLC (the "Creditor").

[X] The parties entered their appearances on the record.

[X] The Debtor advised the Court regarding the status of the case, including pending matters, the nature of the Debtor's business and plan for reorganization. Debtor advised that it would be filing a Disclosure Statement promptly.

[X] The Debtor and 11380 East Smith RD Investments, LLC (the "Lender") presented their arguments on the record related to the Application and the Objection.

[X] The Debtor advised the Court that CBRE, Inc. (the "Broker") reduced its commission to 5%; and that the Listing Contract attached to the Application would be amended to include a sales price for the Real Property of $6,500,000. Debtor will confer with Broker regarding its willingness to be employed strictly as seller's broker.

[X] The Lender objects that the Listing Agreement represents there are no monetary encumbrances against the Real Property to be sold. Such a term fails to recognize the Lender's lien against the Real Property. In addition, the Lender objects to the need to employ a broker and pay a commission in light of the testimony at the Section 341 Meeting of Creditors that Debtor had received an offer to purchase the Real Property for $5,500,000 on the eve of the filing of the petition in this case.

**ORDERS**:

[X] The Section 105(d)(1) Status and Scheduling Conference was convened.

[X] Upon the Debtor's filing of an Amended Listing Agreement which would include the sale price for the Real Property, the disclosure and identification of the Lender's lien against the Real Property, the reduced commission, and the nature of the Broker's agency as Seller's Broker, the Court will review the Application and consider approving the Broker's employment on such terms.

---

Date: March 23, 2018

IT IS SO ORDERED:

*Thomas B. McNamara*

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

*Anne E. R. Tunnell*

By: Anne E. R. Tunnell, Law Clerk

☒This hearing is considered evidentiary for statistical reporting purposes only.