UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ERRATA TO DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 23, 2018**

    Debtor-in-Possession, 11380 Smith Rd LLC ("Debtor"), through its counsel, Weinman & Associates, P.C., hereby submits this Errata to its previously filed Plan of Reorganization ("Plan") dated March 23, 2018 (Docket No. 53).

1. Article III, Paragraph 3.1 shall be modified to add the following language: In the event the Debtor's Real Property is not sold or refinanced within one (1) year of the Confirmation Order, the Real Property shall be deeded to the Class 2 creditor.

2. Article VI, Paragraph 6.1 is modified to add the following language: In the event the Debtor's Real Property is not sold or refinanced within one (1) year of the Confirmation Order, the Real Property shall be deeded to the Class 2 creditor.

DATED: March 28, 2018

                      Respectfully Submitted,

                      WEINMAN & ASSOCIATES, P.C.

                      By: /s/ Jeffrey A. Weinman
                          Jeffrey A. Weinman, #7605
                          730 17th Street, Suite 240
                          Denver, CO 80202-3506
                          Telephone: (303) 572-1010
                          Facsimile: (303) 572-1011
                          jweinman@weinmanpc.com