UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ERRATA TO DEBTOR'S DISCLOSURE STATEMENT DATED MARCH 23, 2018**

Debtor-in-Possession, 11380 Smith Rd LLC ("Debtor"), through its counsel, Weinman & Associates, P.C., hereby submits this Errata to its previously filed Disclosure Statement dated March 23, 2018 (Docket No. 54).

1. Article VIII, Paragraph (1) shall be modified to add the following language: The Class 1 creditor is owed approximately $56,752.

2. Article VIII, Paragraph (2) shall be modified to add the following language: The Class 2 creditor is owed approximately $3,531,638 (subject to verification and deacceleration). In the event the Debtor's Real Property is not sold or refinanced within one (1) year of the Confirmation Order, the Real Property shall be deeded to the Class 2 creditor.

3. Article VIII, Paragraph (3) shall be modified to add the following language: Class 3 unsecured claims include the following:

    Tim Henzel - $1,200,000.
    Xcel Energy - $718.56.
    Owners Insurance Company - Unknown claim is disputed and contingent.

4. Article X, Paragraph (i) shall be modified to add the following language: In the event the Debtor's Real Property is not sold or refinanced within one (1) year of the Confirmation Order, the Real Property shall be deeded to the Class 2 creditor.

DATED: March 28, 2018

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.

        By: /s/ Jeffrey A. Weinman
            Jeffrey A. Weinman, #7605
            730 17th Street, Suite 240
            Denver, CO 80202-3506
            Telephone: (303) 572-1010
            Facsimile: (303) 572-1011
            jweinman@weinmanpc.com