United States Bankruptcy Court
District of Colorado

In re:                                                                          Case No. 18-10965-TBM
11380 SMITH RD LLC                                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: spressera          Page 1 of 1          Date Rcvd: Mar 26, 2018
                                Form ID: pdf904         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
        Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
        Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
         lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
        Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
        Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
         scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
        Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
         tim.swanson@moyewhite.com,    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                    TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding/Minute Order

| Date: March 23, 2018 | Honorable Thomas B. McNamara, Presiding |
|---|---|
| | Anne E. R. Tunnell, Law Clerk |

| In re: 11380 Smith RD LLC | Case No. **18-10965 TBM** |
|---|---|
| Debtor. | Chapter 11 |

| | Appearances | | | |
|---|---|---|---|---|
| Trustee | | Counsel | R. Samuel Boughner | |
| Debtor | Louis Hard, representative of the Debtor | Counsel | Jeffrey A. Weinman | |
| Creditor | 11380 East Smith RD Investments, LLC | Counsel | Timothy M. Swanson | |
| Creditor | | Counsel | | |
| Creditor | | | | |

**PROCEEDINGS**: (1) Chapter 11 Status and Scheduling Conference Pursuant to 11 U.S.C. § 105(d); and (2) Non-Evidentiary Hearing on Debtor's Application to Employ CBRE, Inc. as Brokerage Firm for the Estate (Docket No. 14, the "Application") and the Objection thereto (Docket No. 31, the "Objection") filed by 11380 East Smith RD Investments, LLC (the "Creditor").

[X] The parties entered their appearances on the record.

[X] The Debtor advised the Court regarding the status of the case, including pending matters, the nature of the Debtor's business and plan for reorganization. Debtor advised that it would be filing a Disclosure Statement promptly.

[X] The Debtor and 11380 East Smith RD Investments, LLC (the "Lender") presented their arguments on the record related to the Application and the Objection.

[X] The Debtor advised the Court that CBRE, Inc. (the "Broker") reduced its commission to 5%; and that the Listing Contract attached to the Application would be amended to include a sales price for the Real Property of $6,500,000. Debtor will confer with Broker regarding its willingness to be employed strictly as seller's broker.

[X] The Lender objects that the Listing Agreement represents there are no monetary encumbrances against the Real Property to be sold. Such a term fails to recognize the Lender's lien against the Real Property. In addition, the Lender objects to the need to employ a broker and pay a commission in light of the testimony at the Section 341 Meeting of Creditors that Debtor had received an offer to purchase the Real Property for $5,500,000 on the eve of the filing of the petition in this case.

**ORDERS**:

[X] The Section 105(d)(1) Status and Scheduling Conference was convened.

[X] Upon the Debtor's filing of an Amended Listing Agreement which would include the sale price for the Real Property, the disclosure and identification of the Lender's lien against the Real Property, the reduced commission, and the nature of the Broker's agency as Seller's Broker, the Court will review the Application and consider approving the Broker's employment on such terms.

---

Date: March 23, 2018

IT IS SO ORDERED:

*Thomas B. McNamara* (signature)

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

*Anne E. R. Tunnell* (signature)

By: Anne E. R. Tunnell, Law Clerk

☒ This hearing is considered evidentiary for statistical reporting purposes only.