## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH ROAD, LLC, | ) | Case No. 18-10965 |
| EIN: 46-4766309, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

_____

## NOTICE OF DEPOSITION

_____

Please take notice that, pursuant to the ORDER GRANTING MOTION FOR ORDER AUTHORIZING EXAMINATION OF DEBTOR PURSUANT TO FED. R. BANKR. P. 2004 (Docket No. 44), 11380 East Smith RD Investments, LLC ("**Lender**"), the Debtor's sole secured creditor in this chapter 11 case, by and through its undersigned counsel, Moye White LLP, will take the deposition of Louis Hard, the authorized representative for the Debtor 11380 Smith Road, LLC before a certified shorthand reporter on April 20, 2018, starting at 9:00 a.m. MDT, at the offices of Moye White LLP, 1400 16th Street, Denver, Colorado 80202-1486. The deposition will continue from day to business day until completed and will be recorded by stenographic and video means.

Dated: April 11, 2018

**MOYE WHITE LLP**

/s/ *Timothy M. Swanson*_____
Timothy M. Swanson, Colorado No. 47267
1400 16th Street, Suite 600
Denver, CO 80202
(303) 292-2900
(303) 292-4510 *facsimile*
tim.swanson@moyewhite.com
***Counsel for 11380 East Smith Rd Investments, LLC***

4830-0224-4705.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system, and served the foregoing *via* first class mail on the parties identified below.

11380 Smith RD LLC
c/o Mr. Louis Hard
11380 Smith Road
Aurora, CO 80010
*Debtor*

United States Trustee
c/o Mr. Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, CO 80294
*United States Trustee*

United States Trustee
c/o Daniel J. Morse
308 W. 21st Street, Ste. 203
Cheyenne, WY 82001
*United States Trustee*

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202
*Counsel to the Debtor*

Douglas W. Brown, Esq.
Brown Dunning Walker PC
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
*Counsel to the Debtor*

*s/ Timothy M. Swanson*

2

4830-0224-4705.1