UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**AMENDED APPLICATION TO EMPLOY CBRE, INC. AS BROKERAGE FIRM FOR THE ESTATE**

Debtor-in-Possession, 11380 Smith Rd LLC ("Debtor"), through its counsel Weinman & Associates, P.C., moves this Court for an order pursuant to 11 U.S.C. §329, authorizing the employment of CBRE, Inc., located at 8390 E. Crescent Pkwy., Ste. 300, Greenwood Village, CO 80111 (the "Brokerage Firm"), as a brokerage firm to sell the Debtor's real property located at 11380 East Smith Road, Aurora, CO 80010. In support of its application, the Debtor states as follows:

1. The Debtor filed its voluntary Chapter 11 bankruptcy petition on February 13, 2018.

2. Since the date of the filing of its bankruptcy petition, the Debtor has remained in possession of its assets, and has operated its business and managed its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. The Debtor owns certain real property located at 11380 East Smith Road, Aurora, CO 80010 ("Real Property").

4. The Debtor has entered into an Exclusive Right-to-Sell Listing Contract dated March 26, 2018 ("Listing Contract") with the Brokerage Firm to provide for the sale of the Debtor's Real Property. The Listing Contract is for a listing period from March 26, 2018 through the earlier of (1) completion of the sale of the Real Property or (2) six (6) months from mutual execution of the contract, and any written extensions.

5. A copy of the Listing Contract is attached hereto and incorporated herein by this reference as Exhibit "A".

6. Employment of the Brokerage Firm is in the best interest of the Debtor and the Debtor's bankruptcy estate.

7. The Brokerage Firm is well qualified to provide the services upon which it is being employed and the sell commission for which it will be compensated is reasonable and similar to those commissions being charged by other brokers for similar services.

8. The Brokerage Firm has no connection with the Debtor, Debtor's creditors, the U.S. Trustee or any person employed by the U.S. Trustee, or any other party in interest, its respective attorneys and/or accountants. The real estate broker holds no interest adverse to the estate as defined in 11 U.S.C. §101(13).

9. The sale commission to be charged by the Brokerage Firm is 5% as more fully described in the Listing Contract attached hereto as Exhibit "A" and in the Affidavit and Fee Disclosure Statement of Broker Bill Thompson which is attached hereto and is incorporated herein by this reference as Exhibit "B". The statements contained in Bill Thompson's Affidavit and Fee Disclosure Statement attached hereto are incorporated herein by this reference. In addition, the Listing Contract is for a term of six (6) months.

10. The Debtor requests that the Brokerage Firm's employment be made effective as of the date of the filing of the within motion, and that it be authorized to pay the Brokerage Firm its sale commission and expenses pursuant to the terms of the Listing Contract upon application to and approval of the Bankruptcy Court upon the sale of the Debtor's Real Property, which sale shall be subject to approval by the Bankruptcy Court.

WHEREFORE, for reasons as set forth above, the Debtor respectfully requests that this Court enter an order authorizing the Debtor to employ CBRE, Inc. as brokerage firm for Debtor to sell its Real Property identified as 11380 East Smith Road, Aurora, CO 80010, and for such further relief as the Court deems appropriate.

DATED: April 13, 2018

            Respectfully Submitted,

            WEINMAN & ASSOCIATES, P.C.


            By: /s/ Jeffrey A. Weinman
              Jeffrey A. Weinman, #7605
              730 17th Street, Suite 240
              Denver, CO 80202-3506
              Telephone: (303) 572-1010
              Facsimile: (303) 572-1011
              jweinman@weinmanpc.com

**CERTIFICATE OF SERVICE OF MOTION, AFFIDAVIT AND PROPOSED ORDER**

The undersigned certifies that on April 13, 2018, I served by prepaid first class mail a copy of the **AMENDED APPLICATION TO EMPLOY CBRE, INC. AS BROKERAGE FIRM FOR THE ESTATE**, Exhibits, Affidavit and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. at the following addresses:

Daniel J. Morse, Esq.
U.S. Trustee's Office
308 W. 21st St., Room 203
Cheyenne, WY 82001

Samuel Boughner, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

11380 Smith Rd LLC
Attn: Louis Hard, Manager/Member
11380 East Smith Road
Aurora, CO 80010

Timothy M. Swanson, Esq.
Scott C. James, Esq.
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202

Bill Thompson, Broker
CBRE, Inc.
8390 E. Crescent Pkwy., Ste. 300
Greenwood Village, CO 80111

/s/ Lisa R. Kraai