**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 18-10965 |
| EIN: 46-4766309, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF: (I) COMBINED MOTION FOR RELIEF FROM STAY, AND MOTION TO DISMISS CHAPTER 11 CASE; AND (II) OPPORTUNITY FOR HEARING**

**OBJECTION DEADLINE: MAY 1, 2018**

NOTICE IS HEREBY GIVEN that a combined Motion for Relief From Stay and Motion to Dismiss (the "**Motion**") has been filed, a copy of which is attached hereto.

A hearing on the Motion has been has been set for May 8, 2018, at 9:00 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom E, Fifth Floor, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 2081-3 and 4001-1.

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 2081-3 and 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

**Dated:**   Denver, Colorado
April 10, 2018

                                             MOYE WHITE LLP

                                             s/ *Timothy M. Swanson*
                                             Timothy M. Swanson, #47267
                                             Moye White LLP

4841-9612-6305.1

1400 16th Street, 6th Floor
Denver, Colorado 80202
Email: tim.swanson@moyewhite.com
Phone:  (303) 292-2900
Fax:     (303) 292-4510

*Counsel for 11380 East Smith RD Investments, LLC*

2

4841-9612-6305.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system, and served the foregoing *via* first class mail on the parties identified below and all parties identified on the Debtor's Creditors' Matrix as of April 10, 2018 attached hereto as Exhibit 1.

*s/ Timothy M. Swanson*

11380 Smith RD LLC
c/o Mr. Louis Hard
11380 Smith Road
Aurora, CO 80010
*Debtor*

United States Trustee
c/o Mr. Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, CO 80294
*United States Trustee*

United States Trustee
c/o Daniel J. Morse
308 W. 21st Street, Ste. 203
Cheyenne, WY 82001
*United States Trustee*

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202
*Counsel to the Debtor*

Douglas W. Brown, Esq.
Brown Dunning Walker PC
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
*Counsel to the Debtor*

Adams County Treasurer
Brigitte Grimm, Treasurer
4430 S. Adams Parkway
Brighton, CO 80601

4841-9612-6305.1