UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH RD LLC,

Debtor.

Bankruptcy Case No. 18-10965 TBM
Chapter 11

**ORDER ON AMENDED APPLICATION AND FOR COMPLIANCE WITH L.B.R. 9013-1**

THIS MATTER comes before the Court on the "Amended Application to Employ CBRE, Inc. as Brokerage Firm for the Estate" (Docket No. 74, the "Amended Application"). The Debtor, 11380 Smith Rd LLC (the "Debtor"), filed the Amended Application to respond to objections raised by 11380 East Smith RD Investments, LLC (the "Lender") to Debtor's "Application to Employ CBRE, Inc. as Brokerage Firm for the Estate" (Docket No. 14, the "Application"). The Debtor attached an "Exclusive Right-to-Sell Listing Contract" (the "Listing Contract") to both the Application (Docket No. 14-1) and to the Amended Application (Docket No. 74-1).

The Court has reviewed the Application, the Amended Application, the attached Listing Contracts, and the record in this case. In its Amended Application, the Debtor seeks an order authorizing the Debtor to employ CBRE, Inc. as brokerage firm. In its Amended Application, the Debtor is equivocal as to whether it seeks approval of CBRE, Inc.'s compensation at this time or whether it will seek approval in the future, when, for example, it submits a motion for approval of a sale of the real property subject to the Listing Agreement. The Court observes that the Listing Agreement attached to the Amended Application includes an entirely new provision which appears to provide for compensation to CBRE, Inc. of up to $325,000 in the event the Debtor "takes the building off the market" for any reason. See Amended Application Listing Contract ¶ 28. That significant provision was not in the Listing Contract attached to the original Application. So, no parties in interest have had an opportunity to consider the issue.

The Local Rules of this Court recognize that, generally, notice of an application to employ a professional is not required by the Federal Rules of Bankruptcy Procedure and that, in such cases, the Court may enter an order approving the requested employment on an *ex parte* basis. L.B.R. 2014-1(b). Under certain specific circumstances or conditions, however, the Local Rules of this Court require that notice of an employment application be given. L.B.R. 2014-1(a)(1) through (7). The Local Rule also provides that the Court may order that notice be given even if the other itemized circumstances or conditions are not present. L.B.R. 2014-1(b)(8). Under the circumstances presented by the Amended Application, the Court:

ORDERS that the Debtor shall issue a notice pursuant to L.B.R. 9013-1 providing 14 days notice to object to the Amended Application and serve such notice on all creditors and parties in interest;

FURTHER ORDERS that the Debtor shall include in the notice sufficient information to inform creditors and parties in interest regarding the compensation proposed to be paid to CBRE, Inc.; and

FURTHER ORDERS that if Debtor fails to file and serve such a notice by **APRIL 30, 2018**, the Amended Application may be denied, without prejudice.

DATED this 24th day of April, 2018.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge