UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH RD LLC | ) | Case No. 18-10965 TBM |
| EIN 46-4766309 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER WITH RESPECT TO THE APPLICATION TO EMPLOY SPRINGER & STEINBERG, P.C. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION AND REQUEST FOR ENTRY OF ORDER**

On April 6, 2018, the Debtor-in-Possession, 11380 Smith Rd LLC ("Movant"), filed a motion or application pursuant to L.B.R. 9013-1 entitled: Application to Employ Springer & Steinberg, P.C. as Special Counsel for Debtor-in-Possession. Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on April 6, 2018.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on April 6, 2018.

3. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 68);
   b. the certificate of service of the motion and all documents attached thereto and served therewith, notice and proposed order, (Docket No. 68);
   c. the notice, (Docket No. 69);
   d. the certificate of service of the notice, (Docket No. 69);
   e. the proposed order, (Docket No. 68); and

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is attached to Docket No. 66, granting the requested relief.

DATED: April 24, 2018

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.

        By: /s/ Jeffrey A. Weinman
            Jeffrey A. Weinman, #7605
            730 17th Street, Suite 240
            Denver, CO 80202-3506
            Telephone: (303) 572-1010
            Facsimile: (303) 572-1011
            jweinman@weinmanpc.com