UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF MERLIN LAW GROUP, P.A. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION**

THIS MATTER is before the Court on the "Application to Employ Merlin Law Group, P.A. as Special Counsel for Debtor-in-Possession" (Docket No. 66, the "Application"). The Court has reviewed the Debtor's Application and its file with respect to this matter. The Debtor asserts it has provided proper notice of the Debtor's Application pursuant to L.B.R. 9013-1 and no objections have been filed thereto. Based on the representations made in the Application, which are uncontested by any party in interest, the Court:

HEREBY FINDS that the employment of Merlin Law Group, P.A. as special counsel is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Merlin Law Group, P.A. is authorized to represent Debtor as special counsel in the above-captioned case with respect to the proceeding pending in the United States District Court for the District of Colorado; and it is

FURTHER ORDERED that Merlin Law Group, P.A. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: April 26, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge