UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH RD LLC | ) | Case No. 18-10965 TBM |
| EIN 46-4766309 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF SPRINGER & STEINBERG, P.C. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION**

THIS MATTER is before the Court on the "Application to Employ Springer & Steinberg, P.C. as Special Counsel for the Debtor-in-Possession" (Docket No. 68, the "Application") filed by the Debtor. The Debtor asserts it has provided proper notice of its Application pursuant to L.B.R. 9013-1 and no party in interest objected thereto. Based on the representations made in the Application, which are uncontested, the Court:

HEREBY FINDS that the employment of Springer & Steinberg, P.C. as special counsel is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Springer & Steinberg, P.C. is authorized to represent Debtor as special counsel in the above-captioned case with respect to the proceeding pending in the United States District Court for the District of Colorado; and it is

FURTHER ORDERED that Springer & Steinberg, P.C. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: April 26, 2018.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge