United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: oneillv     Page 1 of 1     Date Rcvd: Apr 26, 2018  
                     Form ID: pdf904     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
```
db           +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
sp          #+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
17895306     +Henzel, Tim,    1510 Jade Road,    Columbia, MO 65201-1702
17895308      Xcel Energy,    P.O. Box 9477,    Minneapolis, MN 55484-9477
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
```
          Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
          Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
           lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
          Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
          Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
           scott.james@moyewhite.com, brooke.somerville@moyewhite.com
          Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
           tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
```
     TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
 )
11380 SMITH RD LLC )  Case No. 18-10965 TBM
EIN 46-4766309 )  Chapter 11
 )
Debtor. )

### ORDER AUTHORIZING EMPLOYMENT OF MERLIN LAW GROUP, P.A. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION

THIS MATTER is before the Court on the "Application to Employ Merlin Law Group, P.A. as Special Counsel for Debtor-in-Possession" (Docket No. 66, the "Application"). The Court has reviewed the Debtor's Application and its file with respect to this matter. The Debtor asserts it has provided proper notice of the Debtor's Application pursuant to L.B.R. 9013-1 and no objections have been filed thereto. Based on the representations made in the Application, which are uncontested by any party in interest, the Court:

HEREBY FINDS that the employment of Merlin Law Group, P.A. as special counsel is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Merlin Law Group, P.A. is authorized to represent Debtor as special counsel in the above-captioned case with respect to the proceeding pending in the United States District Court for the District of Colorado; and it is

FURTHER ORDERED that Merlin Law Group, P.A. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: April 26, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
U.S. Bankruptcy Judge