UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER AUTHORIZING EMPLOYMENT OF CBRE, INC. AS BROKERAGE FIRM FOR THE ESTATE**

THIS MATTER is before the Court on the "Amended Application to Employ CBRE, Inc. as Brokerage Firm for the Estate" (Docket No. 74, the "Amended Application"). The Debtor asserts it has provided proper notice of its Amended Application and no objection has been filed. Accordingly, the Court, having reviewed the Debtor's Application, the accompanying Exhibits attached thereto and its file with respect to this matter:

HEREBY FINDS that based on the representations made in the Amended Application, which are uncontested, cause exists for granting the Debtor's Amended Application and the Debtor should be authorized to employ CBRE, Inc. as a brokerage firm for the Debtor.

THEREFORE, THE COURT ORDERS:

1. The Debtor's Application is granted.

2. The Debtor is hereby authorized to employ CBRE, Inc. as brokerage firm for the Debtor to sell the Debtor's Real Property located at 11380 East Smith Road, Aurora, CO 80010.

3. The Debtor is hereby authorized to pay a sales commission of 5% as more fully described in the Listing Contract attached to the Debtor's Application as Exhibit "A" and to reimburse CBRE, Inc. for its expenses relating thereto upon application to and approval by this Court.

4. The Debtor's employment of CBRE, Inc. shall be effective as of the date of the filing of the Debtor's Application to Employ.

DATED: May 14, 2018                         BY THE COURT:

                                            _Thomas B. McNamara_
                                            Thomas B. McNamara,
                                            U.S. Bankruptcy Judge