## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 18-10965 |
| EIN: 46-4766309, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**ORER GRANTING JOINT MOTION TO HOLD IN ABEYANCE: (A) THE DEBTOR'S DISCLOSURE STATEMENT DATED MARCH 23, 2018 (DOCKET NO. 54); AND (B) 11380 EAST SMITH RD INVESTMENTS, LLC'S, MOTION: (I) FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D)(1) OF THE BANKRUPTCY CODE; AND (II) TO DISMISS THIS CHAPTER 11 BANKRUPTCY CASE FOR BAD FAITH PURSUANT TO SECTION 1112(B) OF THE BANKRUPTCY CODE (DOCKET NO. 75)**

THIS MATTER having come before the Court upon the *JOINT MOTION TO HOLD IN ABEYANCE: (A) THE DEBTOR'S DISCLOSURE STATEMENT DATED MARCH 23, 2018 (DOCKET NO. 54); AND (B) 11380 EAST SMITH RD INVESTMENTS, LLC'S, MOTION: (I) FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D)(1) OF THE BANKRUPTCY CODE; AND (II) TO DISMISS THIS CHAPTER 11 BANKRUPTCY CASE FOR BAD FAITH PURSUANT TO SECTION 1112(B) OF THE BANKRUPTCY CODE (DOCKET NO. 75)* (the "Motion"),[1] and finding that notice of the Motion under Rule 9006(b) of the Bankruptcy Rules was appropriate, and finding that "compelling circumstances" under the Court's Continuance Order exist along with "cause" under Rule 9006(b) of the Bankruptcy Rules also exists for granting the Motion, the Court hereby:

**FINDS THAT** "compelling circumstances" exist in this case under the Court's Continuance Order;

**FINDS THAT** "cause" exists as set forth in the Motion under Rule 9006(b) of the Bankruptcy Rules;

**ORDERED THAT** the Motion is hereby granted; and it is

**FURTHER ORDERED** that the Lender's Stay Relief Motion is hereby held in abeyance pending this Court's determination of the Approval Motion;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4811-2404-3878.1

**FURTHER ORDERED** that the hearing set on Lender's Combined Stay Relief Motion and Motion to Dismiss, presently set for May 17, 2018, at 9:30 a.m., is hereby vacated pending this Court's determination of the Approval Motion;

**FURTHER ORDERED** that approval of the Debtor's Disclosure Statement is hereby held in abeyance pending this Court's determination of the Approval Motion;

**FURTHER ORDERED** that the hearing on the adequacy of the Debtor's Disclosure Statement, presently set for May 17, 2018, at 9:30 a.m., is hereby vacated pending this Court's determination of the Approval Motion;

**FURTHER ORDERED** that if the Court denies the Approval Motion, then Lender must file its notice of intent to proceed with the Stay Relief Motion within 2 business days from entry of such order or the Stay Relief Motion may be dismissed *without* prejudice.

DATED: May 16, 2018.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge

2

4811-2404-3878.1