United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: spressera     Page 1 of 1     Date Rcvd: May 14, 2018  
                     Form ID: pdf904     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
```
db           +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
br           +CBRE, Inc.,    8390 E. Crescent Parkway,    Suite 300,    Greenwood Village, CO 80111-2813
sp          #+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
sp           +Springer & Steinberg, P.C.,    1600 Broadway,    Ste. 1200,    Denver, CO 80202-4920
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
```
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
```
     TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | ) Case No. 18-10965 TBM |
| EIN 46-4766309 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### ORDER AUTHORIZING EMPLOYMENT OF CBRE, INC. AS BROKERAGE FIRM FOR THE ESTATE

THIS MATTER is before the Court on the "Amended Application to Employ CBRE, Inc. as Brokerage Firm for the Estate" (Docket No. 74, the "Amended Application"). The Debtor asserts it has provided proper notice of its Amended Application and no objection has been filed. Accordingly, the Court, having reviewed the Debtor's Application, the accompanying Exhibits attached thereto and its file with respect to this matter:

HEREBY FINDS that based on the representations made in the Amended Application, which are uncontested, cause exists for granting the Debtor's Amended Application and the Debtor should be authorized to employ CBRE, Inc. as a brokerage firm for the Debtor.

THEREFORE, THE COURT ORDERS:

1. The Debtor's Application is granted.

2. The Debtor is hereby authorized to employ CBRE, Inc. as brokerage firm for the Debtor to sell the Debtor's Real Property located at 11380 East Smith Road, Aurora, CO 80010.

3. The Debtor is hereby authorized to pay a sales commission of 5% as more fully described in the Listing Contract attached to the Debtor's Application as Exhibit "A" and to reimburse CBRE, Inc. for its expenses relating thereto upon application to and approval by this Court.

4. The Debtor's employment of CBRE, Inc. shall be effective as of the date of the filing of the Debtor's Application to Employ.

DATED: May 14, 2018                BY THE COURT:

Thomas B. McNamara,
U.S. Bankruptcy Judge