United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
      Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: spressera              Page 1 of 1                  Date Rcvd: May 16, 2018
                              Form ID: pdf904              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
br             +CBRE, Inc.,    8390 E. Crescent Parkway,    Suite 300,    Greenwood Village, CO 80111-2813
sp            #+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
sp             +Springer & Steinberg, P.C.,    1600 Broadway,    Ste. 1200,    Denver, CO 80202-4920
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              Daniel J. Morse    on behalf of U.S. Trustee     US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor     11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor     11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee     US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor     11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor     11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 18-10965 |
| EIN: 46-4766309, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**ORER GRANTING JOINT MOTION TO HOLD IN ABEYANCE: (A) THE DEBTOR'S DISCLOSURE STATEMENT DATED MARCH 23, 2018 (DOCKET NO. 54); AND (B) 11380 EAST SMITH RD INVESTMENTS, LLC'S, MOTION: (I) FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D)(1) OF THE BANKRUPTCY CODE; AND (II) TO DISMISS THIS CHAPTER 11 BANKRUPTCY CASE FOR BAD FAITH PURSUANT TO SECTION 1112(B) OF THE BANKRUPTCY CODE (DOCKET NO. 75)**

THIS MATTER having come before the Court upon the *JOINT MOTION TO HOLD IN ABEYANCE: (A) THE DEBTOR'S DISCLOSURE STATEMENT DATED MARCH 23, 2018 (DOCKET NO. 54); AND (B) 11380 EAST SMITH RD INVESTMENTS, LLC'S, MOTION: (I) FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D)(1) OF THE BANKRUPTCY CODE; AND (II) TO DISMISS THIS CHAPTER 11 BANKRUPTCY CASE FOR BAD FAITH PURSUANT TO SECTION 1112(B) OF THE BANKRUPTCY CODE (DOCKET NO. 75)* (the "Motion"),[1] and finding that notice of the Motion under Rule 9006(b) of the Bankruptcy Rules was appropriate, and finding that "compelling circumstances" under the Court's Continuance Order exist along with "cause" under Rule 9006(b) of the Bankruptcy Rules also exists for granting the Motion, the Court hereby:

**FINDS THAT** "compelling circumstances" exist in this case under the Court's Continuance Order;

**FINDS THAT** "cause" exists as set forth in the Motion under Rule 9006(b) of the Bankruptcy Rules;

**ORDERED THAT** the Motion is hereby granted; and it is

**FURTHER ORDERED** that the Lender's Stay Relief Motion is hereby held in abeyance pending this Court's determination of the Approval Motion;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4811-2404-3878.1

**FURTHER ORDERED** that the hearing set on Lender's Combined Stay Relief Motion and Motion to Dismiss, presently set for May 17, 2018, at 9:30 a.m., is hereby vacated pending this Court's determination of the Approval Motion;

**FURTHER ORDERED** that approval of the Debtor's Disclosure Statement is hereby held in abeyance pending this Court's determination of the Approval Motion;

**FURTHER ORDERED** that the hearing on the adequacy of the Debtor's Disclosure Statement, presently set for May 17, 2018, at 9:30 a.m., is hereby vacated pending this Court's determination of the Approval Motion;

**FURTHER ORDERED** that if the Court denies the Approval Motion, then Lender must file its notice of intent to proceed with the Stay Relief Motion within 2 business days from entry of such order or the Stay Relief Motion may be dismissed *without* prejudice.

DATED: May 16, 2018.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge