United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-10965-TBM
11380 SMITH RD LLC                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: spressera           Page 1 of 1              Date Rcvd: May 18, 2018
                              Form ID: pdf904           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db           +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
br           +CBRE, Inc.,    8390 E. Crescent Parkway,    Suite 300,    Greenwood Village, CO 80111-2813
sp          #+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
sp           +Springer & Steinberg, P.C.,    1600 Broadway,    Ste. 1200,    Denver, CO 80202-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com, brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>11380 SMITH RD LLC,<br><br>Debtor. | Bankruptcy Case No. 18-10965 TBM<br>Chapter 11 |

### ORDER ON JOINT MOTION TO APPROVE STIPULATED SETTLEMENT AGREEMENT AND FOR COMPLIANCE WITH L.B.R. 9013-1

THIS MATTER comes before the Court on the "Joint Motion to Approve Stipulated Agreement Between the Debtor and 11380 East Smith RD Investment, LLC" (Docket No. 98, the "Joint Motion"). The Debtor and 11380 East Smith RD Investment, LLC (the "Lender") reached a resolution of the Lender's: (1) Combined Motion for Relief from Stay and Motion to Dismiss (Docket Nos.70 and 75, the "Combined Motion for Relief and to Dismiss"); and (2) Objection (Docket No. 92) to the adequacy of Debtor's Disclosure Statement Dated March 23, 2018 (Docket No. 58). The Debtor did not provide a notice of opportunity to object to the Joint Motion and the Stipulated Agreement.

The Debtor and Lender seek approval of their Stipulated Agreement (Docket No. 98-2, the "Stipulated Agreement") pursuant to 11 U.S.C. §§ 363(b) and 105. Section 363(b) provides that the "trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

In addition, the Stipulated Agreement provides that the Lender will be entitled to relief from stay in the event the Debtor does not refinance or sell the Debtor's real property by December 31, 2018. Fed. R. Bankr. P. 4001(d) sets forth the procedure for prosecuting a motion for approval of an agreement which conditions the use, sale or lease of property or one which modifies or terminates the Section 362 stay.

Finally, the Debtor is seeking approval of a settlement which resolves the Debtor's dispute with the Lender. Before such a settlement may be approved, Fed. R. Bankr. 9019(a) and 2002(a)(3) require that the Debtor provide all creditors and parties in interest, including the United States Trustee, notice and an opportunity to object. The Debtor, however, has not filed and served a L.B.R. 9013-1 Notice of the Joint Motion and the Stipulated Agreement; nor has it complied with Fed. R. Bankr. P. 4001(d). Accordingly, the Court

ORDERS that the Debtor shall comply with Fed. R. Bankr. P. 4001(d) and shall file a notice pursuant to L.B.R. 9013-1 providing 21 days' notice to object to the Joint Motion and the Stipulated Agreement and serve such notice on all creditors and parties in interest; and

FURTHER ORDERS that if Debtor fails to file and serve such a notice by **MAY 25, 2018**, the Joint Motion may be denied, without prejudice.

DATED this 18th day of May, 2018.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge