<u>Exhibit 5</u>

DEBTOR(S): 11380 Smith Rd LLC

CASE NUMBER: 18-10965TBM

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

Form 2-A
**COVER SHEET**

For Period End Date: May 31, 2018

Accounting Method:   ☑ Accrual Basis      ☐ Cash Basis

### *THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☑ | ☐ | 1.  Cash Receipts and Disbursements Statement (Form 2-B) |
| ☑ | ☐ | 2.  Balance Sheet (Form 2-C) |
| ☑ | ☐ | 3.  Profit and Loss Statement (Form 2-D) |
| ☑ | ☐ | 4.  Supporting Schedules (Form 2-E) |
| ☑ | ☐ | 5.  Quarterly Fee Summary (Form 2-F) |
| ☑ | ☐ | 6.  Narrative (Form 2-G) |
| ☑ | ☐ | 7.  Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| ☑ | ☐ | 8.  Bank Statement Reconciliations for all Bank Accounts |
| ☑ |  | 9  Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 6-20-18

Print Name: Louis Hard

Signature: Louis Hard

Title: member

Page 23
Rev. 1/15/14

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd LLC          CASE NO:          18-10965TBM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/18  to  5/31/18

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 73615.62 (1) | $ 20000.- (1) |
| 2. Cash Receipts | | |
|     Operations | | |
|     Sale of Assets | | |
|     Loans/advances | | |
|     Other Utilities/Rent | 7000.- | 82000.- |
|     Total Cash Receipts | $ 7000.- | $ 102000.- |
| 3. Cash Disbursements | | |
|     Operations | | |
|     Debt Service/Secured loan payment | | |
|     Professional fees/U.S. Trustee fees | | |
|     Profession fees paid from Retainer (e.g. COLTAF acct) | 5959.30 | 25959.30 |
|     Other Fees, Bank Services | 481.45 | 1865.83 |
|     Total Cash Disbursements | $ 6440.75 | $ 27825.13 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 559.25 | 74174.87 |
| 5 Ending Cash Balance (to Form 2-C) | $ 74174.87 (2) | $ 74174.87 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | N/A | $ |
| DIP Operating Account | KeyBank | 74174.87 |
| DIP State Tax Account | N/A | |
| DIP Payroll Account | N/A | |
| Other Operating Account | N/A | |
| Retainers held by professionals (i.e. COLTAF) Jeffrey Weinman | | Ø |
| TOTAL (must agree with Ending Cash Balance above) | | $ 74174.87 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd LLC                    CASE NO: 18-10965TBM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/18 to 5/31/18

**CASH DISBURSEMENTS DETAIL**                    **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 5/1/18 | 1003 | US Trustee | 1st Quarter Fees | $ 325.— |
| 5/16/18 | ACH | KeyBank | Checks | 156.45 |
| 5/23/18 | 1102 | Weinman PC | Attorney Fees | 5959.30 |

Total Cash Disbursements                    $ 6440.75 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR(S): 11380 Smith Rd LLC          CASE NO:          **Exhibit 5**
                                                          18-10965TBM

### Form 2-C
### COMPARATIVE BALANCE SHEET
For Period Ended: 5/31/18

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash (from Form 2-B, line 5) | $ 74174.87 | $ |
| Accounts Receivable (from Form 2-E) | 135752.22 | 135752.22 |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| Total Current Assets | $ 209927.09 | $ 135752.22 |
| **Fixed Assets:** | | |
| Land | $ | $ |
| Building | 6500000.— | 6500000.— |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ 6500000.— | $ 6500000.— |
| Other Assets (List): _____ | | |
| **TOTAL ASSETS** | $ 6709927.09 | $ 6635752.22 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| Total Post Petition Liabilities | $ ∅ | $ ∅ |
| **Pre Petition Liabilities:** | | |
| Secured Debt | 3531628.47 | 3531628.47 |
| Priority Debt | 1232000.— | 1232000.— |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 4763628.47 | $ 4763628.47 |
| **TOTAL LIABILITIES** | $ 4763628.47 | $ 4763628.47 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ 1946288.62 | 1872113.75 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 6709921.09 | $ 6635752.22 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
   listed on the Debtor's schedules.

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd LLC                    CASE NO: 18-10965 TBM

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period  5/1/18  to  5/31/18

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ | $ |
| Less: Discounts, Returns and Allowances | ( _____ ) | ( _____ ) |
| **Net Operating Revenue** | $  Ø | $  Ø |
| Cost of Goods Sold | | |
| **Gross Profit** | $  Ø | $  Ø |
| Operating Expenses | | |
| Officer Compensation | $ | $ |
| Selling, General and Administrative | 325.— | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): Attorney Fees | 5959.30 | |
| Bank Fees | 156.45 | |
| Total Operating Expenses | $ 6440.75 | $ _____ |
| **Operating Income (Loss)** | $ -6440.75 | $ -78513 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | 102000.— |
| Net Non-Operating Income or (Expenses) | $  Ø | $ 102000.— |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ 20000.— |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ -6440.75 | $ 20000.— |
| **Net Income (Loss) Before Income Taxes** | $  Ø | $ _____ |
| Federal and State Income Tax Expense (Benefit) | Ø | |
| **NET INCOME (LOSS)** | $ -6440.75 | $ 74174.87 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Exhibit 5

**DEBTOR(S):** 11380 Smith Rd LLC       **CASE NO:** 18-10965 TBM

Form 2-E (Page 1 of 2)
SUPPORTING SCHEDULES

**For Period:** 5/1/18        to        5/31/18

| Type of tax | 1 — Unpaid post-petition taxes from prior reporting month(1) | 2 — Post-petition taxes accrued this month (new obligations) | 3 — Post-petition tax payments made this reporting month | 4 — Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| | | | **Total unpaid post-petition taxes** | |

(1)  For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | N/A | | | |
| General liability | Auto Owners | 1000000.— | 5/23/19 | 5/23/18 |
| Property (fire, theft, etc.) | Auto Owners | 1000000.— | 5/23/19 | 5/23/18 |
| Vehicle | N/A | | | |
| Other (list): | N/A | | | |
| Other (list): | N/A | | | |

If any policies were renewed or replaced during reporting period, attach new certificate of insurance.

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd LLC          CASE NO: 18-10965 TBM

Form 2-E (Page 2 of 2)
SUPPORTING SCHEDULES
For Period: 5/1/18 _____ to _____ 5/31/18 _____

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | — | — | — | 135752.22 | 135752.22 |
| Post-petition receivables | N/A | N/A | N/A | N/A | N/A |
| Total | 0 | 0 | 0 | 135752.22 | 135752.22 |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | | | | | |
| Other Payables | | | | | |
| Total | | | | | |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | $ 0 | $ | $ 5989.30 | | $ |
| Counsel for Unsecured Creditors' Committee | N/A | | | | |
| Trustee's Counsel | N/A | | | | |
| Accountant | N/A | | | | |
| Other: | N/A | | | | |
| Total | $ 0 | | | | |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| None | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

DEBTOR(S): 11380 Smith Rd LLC     CASE NO: 18-10965TBM

**Exhibit 5**

Form 2-F
**QUARTERLY FEE SUMMARY** *
For the Month Ended: 5/31/18

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2018 | $ | | | |
| February | 2018 | | | | |
| March | 2018 | 202.86 | | | |
| TOTAL 1st Quarter | | $ 202.86 | $ 325.- | 1003 | 4/20/18 |
| April | 2018 | $ 1384.38 | | | |
| May | 2018 | 6440.75 | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ | $ | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ | $ | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | $ | | |

**:DULE (as of JANUARY 1, 2008)**
*that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd          CASE NO: 18 - 10965TBM

Form 2-G
**NARRATIVE**
For Period Ending 5/31/18

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.

No significant changes in May.

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**May 31, 2018**
page 1 of 3

761011004022

```
2    RTM1X       T   101 00000 R EM T1
11380 SMITH ROAD, LLC
CASE#18-10965TBM
DEBTOR IN POSSESSION
11380 SMITH RD
AURORA CO 80010-1406
```

Reconciled
6/20/18

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking**   761011004022
11380 SMITH ROAD, LLC
CASE#18-10965TBM
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 4-30-18 | $73,615.62 |
| 1 Addition | +7,000.00 |
| 3 Subtractions | -6,440.75 |
| **Ending balance 5-31-18** | **$74,174.87** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 5-4 | | Deposit   Branch 0101 Colorado | $7,000.00 |
| | | | **Total additions** | **$7,000.00** |

## Subtractions

**Paper Checks**          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | | |
|---|---|---|---|---|---|---|---:|
| 1003 | 5-1 | $325.00 | *1102 | 5-23 | 5,959.30 | | |
| | | | | | | **Paper Checks Paid** | $6,284.30 |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 5-16 | | Check/Supply Purchase | $156.45 |
| | | | **Total subtractions** | **$6,440.75** |

761011004022 - 00618
819

761011004022

| | | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| **Fees and charges** | Date | | | 3.00 | -$3.00 |
| | 5-31-18 | Paper Statement Fee | 1 | 3.00 | +$3.00 |
| | 5-31-18 | Service Charge Waive To Relationship Pricing | 1 | | |
| | | Fees and charges   this period | | | $0.00 |



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

761011004022 - 00618
819

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → | $ |
| | | | |
| | | ❻ Enter ending balance shown on your statement. | |
| | | $ | |
| | | ❼ Add 5 and 6 and enter total here. | |
| | | $ | |
| | | ❽ Enter total from 4. | |
| | | $ | |
| | | ❾ Subtract 8 from 7 and enter difference here. | |
| | | $ | |
| TOTAL → | $ | This amount should agree with your check register balance. | |

10:16 PM

06/20/18

# 11380 Smith Rd, LLC
## Reconciliation Summary
### KeyBank #4022, Period Ending 05/31/2018

|  | May 31, 18 |
|---|---|
| **Beginning Balance** | 73,615.62 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -6,440.75 |
| Deposits and Credits - 1 item | 7,000.00 |
| **Total Cleared Transactions** | 559.25 |
| **Cleared Balance** | 74,174.87 |
| **Register Balance as of 05/31/2018** | 74,174.87 |
| **Ending Balance** | 74,174.87 |

10:16 PM
06/20/18

# 11380 Smith Rd, LLC
## Reconciliation Detail
### KeyBank #4022, Period Ending 05/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 73,615.62 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 Items** | | | | | | |
| Check | 04/24/2018 | 1003 | United States Trustee | X | -325.00 | -325.00 |
| Check | 05/23/2018 | 1102 | Weinman & Associa... | X | -5,959.30 | -6,284.30 |
| Check | 05/23/2018 | 1103 | KeyBank | X | -156.45 | -6,440.75 |
| Total Checks and Payments | | | | | -6,440.75 | -6,440.75 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 06/20/2018 | | | X | 7,000.00 | 7,000.00 |
| Total Deposits and Credits | | | | | 7,000.00 | 7,000.00 |
| Total Cleared Transactions | | | | | 559.25 | 559.25 |
| **Cleared Balance** | | | | | 559.25 | 74,174.87 |
| Register Balance as of 05/31/2018 | | | | | 559.25 | 74,174.87 |
| **Ending Balance** | | | | | 559.25 | 74,174.87 |

59511 (7-15)

32-0176-00
RIVERBEND INSURANCE LLC
50 S STEELE ST STE 504
DENVER  CO  80209-2810



**INSURANCE**

LIFE · HOME · CAR · BUSINESS

P.O. BOX 30660 · LANSING, MICHIGAN 48909-8160

Owners Insurance Company

03-23-2018

11380 EAST SMITH ROAD LLC
C/O TIM DAILEY
11380 SMITH RD
AURORA  CO  80010-1406

> **Remember**, you can view your policy, pay your bill or change your paperless options any time online, at **www.auto-owners.com**. If you have not already enrolled your policy, you may do so using policy number **144632-74884149-18** and Personal ID Code (PID) **1G1 T6X 81A.**

Your agency's phone number is 303-331-0100.

RE:  Policy 144632-74884149-18

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs!  Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a variety of programs, each of which has its own eligibility requirements, coverages and rates.  In addition, Auto-Owners also offers many billing options.  Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916.  The Auto-Owners Insurance Group is comprised of five property and casualty companies and a life insurance company.  Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

*~  Serving Our Policyholders and Agents Since 1916  ~*

59526 (8-13)

Policy Number: 144632-74884149
Insurance Company:  OWNERS INSURANCE COMPANY
Renewal Effective Date: 05-23-2018

Dear Policyholder,

Thank you for choosing Auto-Owners Insurance.  Your policy is set to renew on the renewal effective date shown above. This letter gives you advance notice of changes to your premium, deductibles or coverage:

Your renewal premium will be:    $14,449.00        OR    $13,017.00 IF PAID IN FULL.
(Calculated changes are based on your current policy information.  Your actual premium could vary if the information on file is incorrect or if your needs and renewal coverages change.)

☐  Changes in deductibles _____
_____
_____

☐  Reduction of limits_____
_____
_____

☐  Reduction or Removal of Coverage_____
_____
_____

☐  Other _____
_____
_____

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

If you have any questions regarding your policy or this notice, please contact your Auto-Owners Insurance agency.

RIVERBEND INSURANCE LLC
50 S STEELE ST STE 504
DENVER  CO  80209-2810
303-331-0100

Agency Code   32-0176-00

Policy Number   144632-74884149

59390 (1-15)

# NOTIFICATION OF POSSIBLE CHANGES IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2020 unless the Federal government extends the Act.  What this means to you is the following:

1. Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2020.

2. A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3. The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4. A premium charge for the conditional endorsement will be applied effective January 1, 2021.  The premium will be pro rated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend.  Revised Declarations will be mailed to you after January 1, 2021.

5. If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6. If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

59390 (1-15)

Page 1 of 1

Policy Number   144632-74884149

64288 (8-17)

# NOTICE OF CHANGE IN POLICY TERMS
## PROPERTY PLUS DEDUCTIBLE ELIMINATION

Dear Policyholder,

Your policy has a Property Plus Coverage Package and all associated policy forms.  Effective with this renewal, the deductibles for specified coverages within your Property Plus Package have been eliminated.  The location level deductible currently present will continue to apply.  Your policy documents have been adjusted as they relate to this change.

This notice is for informational purposes only.  This notice provides no coverage and it must not be construed to replace or modify any provisions of your policy or endorsements.  Your policy contains the specific terms, limits and conditions of coverage, and supersedes this notice.

If you have any questions, please contact your Auto-Owners Agency.

64288 (8-17)

Page 1 of 1

64297 (11-17)

### Colorado
# NOTICE OF CHANGE IN POLICY TERMS
## PROPERTY PLUS COVERAGE PACKAGE

Dear Policyholder,

The Ordinance or Law coverage limit provided through the Property Plus Coverage package has decreased with this renewal.

Please note that this change constitutes a reduction in coverage.

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of the coverage.

Please review your policy Declarations carefully.  If you have any questions regarding your policy or this notice please contact your Auto-Owners Insurance agency.

64297 (11-17)

Page 1 of 1

# *Owners*

Page  1

| | Issued | 03-23-2018 |

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY   RIVERBEND INSURANCE LLC
32-0176-00          MKT TERR 086          303-331-0100

Renewal Effective          05-23-2018

**POLICY NUMBER          144632-74884149-18**

INSURED   11380 EAST SMITH ROAD LLC
C/O TIM DAILEY

Company Use          74-46-CO-1405

ADDRESS   11380 SMITH RD

AURORA  CO 80010-1406

| Company Bill | Policy Term | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | 05-23-2018 to | 05-23-2019 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

55039 (11-87)

## COMMON POLICY INFORMATION

**Business Description:**     Lro - Plastic Mfg

**Entity:**     Limited Liab Corp

**Program:**     Industrial/Processing

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $10,153.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $4,296.00 |
| TOTAL | $14,449.00 |
| PAID IN FULL DISCOUNT | $1,432.00 |
| TOTAL POLICY PREMIUM IF PAID IN FULL | $13,017.00 |

**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**
The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85)     55003  (07-12)     59390  (01-15)

Countersigned By:  _____

Page  2

Owners Ins. Co.

| | | | Issued | 03-23-2018 |
|---|---|---|---|---|

AGENCY  RIVERBEND INSURANCE LLC
32-0176-00          MKT TERR 086

Company Bill    POLICY NUMBER   144632-74884149-18
74-46-CO-1405

INSURED  11380 EAST SMITH ROAD LLC

Term  05-23-2018  to  05-23-2019

54104 (07-87)

## COMMERCIAL PROPERTY COVERAGE

55198 (12-10)

## PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATION

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is designated in the Commercial Property Coverage Declarations.  No deductible applies to the below Property Plus Coverages.

| COVERAGE | LIMIT |
|---|---|
| ACCOUNTS RECEIVABLE | $200,000 |
| BAILEES | $15,000 |
| | $10,000 PER ITEM |
| BUSINESS INCOME & EXTRA EXPENSE INCLUDING | $150,000 |
| NEWLY ACQUIRED LOCATIONS | |
| DEBRIS REMOVAL | $100,000 |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $100,000 |
| EMPLOYEE DISHONESTY | $50,000 |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $50,000 |
| | $10,000 PER ITEM |
| FIRE DEPARTMENT SERVICE CHARGE | $25,000 |
| FORGERY AND ALTERATION | $50,000 |
| MONEY AND SECURITIES INSIDE PREMISES | $50,000 |
| MONEY AND SECURITIES OUTSIDE PREMISES | $50,000 |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS |
| ORDINANCE OR LAW | SEE COMMERCIAL PROPERTY |
| | DECLARATIONS |
| OUTDOOR PROPERTY | $25,000 |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM |
| RADIO OR TELEVISION ANTENNAS | $20,000 |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $50,000 |
| POLLUTANT CLEAN UP AND REMOVAL | $100,000 |
| PROPERTY IN TRANSIT | $100,000 |
| PROPERTY OFF PREMISES | $100,000 |
| REFRIGERATED PRODUCTS | $25,000 |
| SALESPERSON'S SAMPLES | $25,000 |
| UTILITY SERVICES FAILURE | $150,000 |
| VALUABLE PAPERS AND RECORDS ON PREMISES | $150,000 |
| VALUABLE PAPERS AND RECORDS OFF PREMISES | $25,000 |
| WATER BACK-UP FROM SEWERS OR DRAINS | $50,000 |

Page 3

Owners Ins. Co.

| | | Issued 03-23-2018 |
|---|---|---|

AGENCY   RIVERBEND INSURANCE LLC
32-0176-00                    MKT TERR 086

Company Bill   **POLICY NUMBER  144632-74884149-18
74-46-CO-1405**

INSURED   11380 EAST SMITH ROAD LLC

Term  05-23-2018  to  05-23-2019

Forms that apply to this coverage part:

| 64004 | (12-10) | 54198 | (12-10) | 54334 | (12-10) | 64020 | (12-10) | 54189 | (12-10) |
|---|---|---|---|---|---|---|---|---|---|
| 54186 | (12-10) | 54218 | (03-13) | 54217 | (03-13) | 54216 | (03-13) | 54214 | (03-13) |
| 54221 | (12-10) | 54220 | (06-00) | 54219 | (12-10) | 54338 | (03-13) | 54339 | (03-13) |
| 64010 | (12-10) | 64000 | (12-10) | | | | | | |

**Coverages Provided**

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

**LOCATION 0001 - BUILDING 0001**

**Location:** 11380 Smith Rd, Aurora, CO 80010-1406

**Occupied As:** Lro-Plastic Mfg

**Secured Interested Parties:** See Attached Schedule

**Rating Information**

Territory: 010
Program: Industrial/Processing
Protection Class: 02
Specific Rate - Building: 0.033

County: Adams
Construction: Mas N-C
Class Code: 5500
Specific Rate - Business Income W/Ee & Rental Value: 0.033

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $6,258,900 | | |
| Causes of Loss | | | | | |
| Basic Group I | 100% | $10,000 | | 0.019 | $1,189.00 |
| Basic Group II | 100% | $10,000 | | 0.062 | $3,881.00 |
| Windstorm/Hail | 100% | 3% | | | Included |
| Special | 100% | $10,000 | | 0.022 | $1,377.00 |
| Theft | 100% | $10,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.029 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $10,000 | See Form 54843 | | $127.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $984.00 |
| Tier:  Premier | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $10,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $10,000 | $20,000 | | Included |
| Coverage C-Increased Cost | | $10,000 | $20,000 | | Included |

Page 4

Owners Ins. Co.

| | | | |
|---|---|---|---|
| | | Issued | 03-23-2018 |

AGENCY  RIVERBEND INSURANCE LLC
        32-0176-00      MKT TERR 086

Company Bill   POLICY NUMBER  144632-74884149-18
                        74-46-CO-1405

INSURED  11380 EAST SMITH ROAD LLC

Term  05-23-2018  to  05-23-2019

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUSINESS INCOME W/EE & RENTAL VALUE | | | $325,000 | | |
| Causes of Loss | | | | | |
|   Basic Group I | | $0 | | 0.058 | $189.00 |
|   Basic Group II | | $0 | | 0.476 | $1,547.00 |
|   Special | | $0 | | 0.094 | $306.00 |
|   Theft | | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
|   Monthly Limit of Indemnity (fraction) 1/3 | | | | | |
|   Equipment Breakdown | | $0 | See Form 54843 | | $42.00 |
| BUSINESS INCOME W/EE & RENTAL VALUE | | | | | |
|   Ord/Law-Inc Period Restoration | | $0 | Incl in Bldg Limit | | $410.00 |

Forms that apply to this building:

| | | | | | |
|---|---|---|---|---|---|
| 54835 (07-08) | IL0003 (07-02) | IL0169 (02-93) | IL0017 (11-85) | 59350 (01-15) |
| 59319 (03-15) | 64224 (01-16) | 64238 (02-16) | CP0090 (07-88) | 64000 (12-10) |
| 64013 (12-10) | 64010 (12-10) | 54843 (12-10) | 64020 (12-10) | 64004 (12-10) |
| 54585 (12-10) | 59526 (08-13) | 54317 (02-05) | 64055 (12-10) | 59390 (01-15) |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54835, 59390 | $101.00 |
| LOCATION 0001 | $10,153.00 |

**Secured Interested Parties and/or Additional Interested Parties**

Applies to Loc/Bldg(s):

0001/001
ABW REO'S LLC
1720 S Bellaire St Ste 1100
Denver, CO 80222
Interest: Loss Payable

Applies to Loc/Bldg(s):

0001/001
ABW LENDING LLC
1720 S Bellaire St Ste 1100
Denver, CO 80222
Interest: Loss Payable

Applies to Loc/Bldg(s):

0001/001
NAPA PARTNERS LLC
1720 S Bellaire St Ste 1100
Denver, CO 80222
Interest: Loss Payable

Page 5

| Owners Ins. Co. | | | | Issued     03-23-2018 |
|---|---|---|---|---|

| AGENCY | RIVERBEND INSURANCE LLC | | Company | POLICY NUMBER   144632-74884149-18 |
| | 32-0176-00              MKT TERR 086 | | Bill | 74-46-CO-1405 |

| INSURED | 11380 EAST SMITH ROAD LLC | | | Term  05-23-2018  to  05-23-2019 |

Applies to Loc/Bldg(s):

0001/001
PMW RETIREMENT INVESTMENTS LLC
4950 S Yosemite St-F2 #103
Greenwood Village, CO  80111
Interest:  Loss Payable

Applies to Loc/Bldg(s):

0001/001
AMERICAN SAVINGS LIFE
INSURANCE CO
935 E Main St #100
Loan #Har170629
Mesa, AZ  85203
Interest:  Mortgagee

55040 (11-87)

## COMMERCIAL GENERAL LIABILITY COVERAGE

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | $2,000,000 |
| (Other Than Products-Completed Operations) | |
| Products-Completed Operations Aggregate | $2,000,000 |
| Personal Injury and Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| **COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT** | |
| Damage to Premises Rented to You | $300,000 Any One Premises |
| (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | $10,000 Any One Person |
| Hired Auto & Non-Owned Auto | $1,000,000 Each Occurrence |
| Expanded Coverage Details See Form: | |
| Extended Watercraft | |
| Personal Injury Extension | |
| Broadened Supplementary Payments | |
| Broadened Knowledge Of Occurrence | |
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55300.

Owners Ins. Co.

Page  6

| | | Issued | 03-23-2018 |

AGENCY  RIVERBEND INSURANCE LLC
32-0176-00              MKT TERR 086

Company
Bill     **POLICY NUMBER**  **144632-74884149-18**
74-46-CO-1405

INSURED  11380 EAST SMITH ROAD LLC

Term  05-23-2018  to  05-23-2019

**AUDIT TYPE:** Non-Audited

Forms that apply to this coverage:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55405 | (07-08) | 59350 | (01-15) | 55146 | (06-04) | 55091 | (10-08) | IL0021 (07-02) |
| 55296 | (09-09) | 55300 | (07-05) | IL0017 | (11-85) | 55513 | (11-11) | 55576 (06-13) |
| 55592 | (02-14) | 55637 | (09-14) | 55718 | (11-15) | 59319 | (03-15) | 59390 (01-15) |

## LOCATION 0001 - BUILDING 0001

**Location:** 11380 Smith Rd, Aurora, CO 80010-1406

**Territory:** 001                    **County:** Adams

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | Prem/Op Prem Included | Included | Included |
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 80,788 80,788 | Each 1000 52.202 .441 | $4,217.00 $36.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $43.00 |
| LOCATION 0001 | $4,296.00 |

Agency Code    32-0176-00

Policy Number    144632-74884149

54835 (7-08)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A. Applicability Of This Endorsement**

1. The provisions of this endorsement will apply if and when one of the following situations occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or

   b. The Program is renewed, extended or otherwise continued in effect:

      (1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and

      (2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.

2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide the revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

54835 (7-08)

Page 1 of 2

Agency Code   32-0176-00                                                                                Policy Number   144632-74884149

**2.** When one or both of the following applies:

    **a.** The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

    **b.** It appears that the intent is to intimidate or coerce a government or the civilian population or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

54835 (7-08)                                                                                          Page 2 of 2

Agency Code   32-0176-00

Policy Number   144632-74884149

55405 (7-08)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A. Applicability Of This Endorsement**

1. The provisions of this endorsement will apply if and when one of the following situations occurs:

    a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or

    b. The Program is renewed, extended or otherwise continued in effect:

        (1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and

        (2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.

2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

    a. Use or threat of force or violence; or

    b. Commission or threat of a dangerous act; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

55405 (7-08)

Page 1 of 2

Agency Code  32-0176-00

Policy Number  144632-74884149

     c.  Commission or threat of an act that inter-
feres with or disrupts an electronic, com-
munication, information, or mechanical
system; and

  2.  When one or both of the following applies:

     a.  The effect is to intimidate or coerce a
government or the civilian population or any
segments thereof, or to disrupt any segment
of the economy; or

     b.  It appears that the intent is to intimidate or
coerce a government or the civilian popu-
lation, or to further political, ideological,
religious, social or economic objectives or to
express (or express opposition to) a philo-
sophy or ideology.

**C.**  The following exclusion is added:

**Exclusion Of "Terrorism"**
We will not pay for "bodily injury", "property dam-
age", "personal injury" or "advertising injury" caused
directly or indirectly by "terrorism", including action in
hindering or defending against an actual or expected
incident of "terrorism". All "bodily injury", "property
damage", "personal injury" or "advertising injury" is
excluded regardless of any other cause or event that
contributes concurrently or in any sequence to such

injury or damage. This exclusion applies only when
one or more of the following are attributed to an inci-
dent of "terrorism":

  **1.**  The "terrorism" is carried out by means of the
dispersal or application of radioactive material,
or through the use of a nuclear weapon or
device that involves or produces a nuclear
reaction, nuclear radiation or radioactive
contamination;

  **2.**  Radioactive material is released, and it appears
that one purpose of the "terrorism" was to rel-
ease such material;

  **3.**  The "terrorism" is carried out by means of the
dispersal or application of pathogenic or poi-
sonous biological or chemical materials; or

  **4.**  Pathogenic or poisonous biological or chemical
materials are released, and it appears that one
purpose of the "terrorism" was to release such
materials.

Multiple incidents of "terrorism" which occur within a
72-hour period and appear to be carried out in
concert or to have a related purpose or common
leadership will be deemed to be one incident,
regardless of whether this endorsement was in
effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

Agency Code   32-0176-00                                                Policy Number   144632-74884149

59350 (1-15)

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
## AND
## IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1.  With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

2.  Certified act of terrorism means any act certified by the Secretary of the Treasury, in consultation with:

    a.  the Secretary of Homeland Security; and
    b.  the Attorney General of the United States

    to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

3.  Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

    a.  if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

    b.  (1) if the act of terrorism is:

        a)  a violent act; or

        b)  an act that is dangerous to human life, property or infrastructure; and

    (2) if the act is committed:

        a)  by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

        b)  to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

Agency Code   32-0176-00

Policy Number   144632-74884149

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. However, beginning January 1, 2016 the share will decrease 1% per calendar year until it equals 80%. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2020 unless extended.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.

59350 (1-15)

Page 2 of 2