# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

**Honorable Thomas B. McNamara**

| | |
|---|---|
| In re: ) | |
| ) | |
| **11380 SMITH ROAD, LLC,** ) | **Case No. 18-10965 TMB** |
| **EIN: 46-4766309**, ) | **Chapter 11** |
| ) | |
| Debtor. ) | |

## 11380 SMITH ROAD, LLC'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On May 15, the Creditor and Movant, **11380 EAST SMITH ROAD INVESTMENTS, LLC,** filed a Motion or application pursuant to L.B.R. 9013-1 entitled Motion to Approve Stipulated Agreement between and among 11380 East Smith Road Investments, LLC, 11380 Smith Road, LLC and Louis Hard, Docket No. 98. On May 24, 2018, the Debtor, 11380 Smith Road, LLC filed its Notice pursuant to L.B.R 9013-1. The Debtor hereby certifies that the following is true and correct:

**1.** Service of the Motion and Notice were timely made on all parties against whom relief is sought pursuant to L.B.R. 9013-1, or in the manner permitted by an order of the Court, (Docket No. 107), as is shown on the certificate of service previously filed with the Court.

2. A Response date to said Motion and Notice was scheduled for **June 15, 2018**.

3. No objections or requests for hearing on the Motion were received by the undersigned or filed with the Court or, if filed, were withdrawn.

WHEREFORE, the Debtor prays that the Court forthwith enter the Order a form of which is submitted contemporaneously herewith, granting the requested relief.

DATED this 26th day of June, 2018.

    Respectfully submitted,

    BROWN DUNNING WALKER PC

    *s/ Douglas W. Brown*
    Douglas W. Brown, Reg. No. 10429
    2000 S. Colorado Blvd.
    Tower Two, Suite 700
    Denver, CO 80222
    Telephone: 303-329-3363
    Facsimile: 303-393-8438
    dbrown@bbdwfirm.com
    *Attorneys for Wells Fargo Bank, National Association*