IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

**Honorable Thomas B. McNamara**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **11380 SMITH ROAD, LLC,** | ) | Case No. 18-10965 TBM |
| EIN: 46-4766309, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATED AGREEMENT BETWEEN THE DEBTOR AND 11380 EAST SMITH RD INVESTMENTS, LLC**

THIS MATTER is before the Court upon the "JOINT MOTION TO APPROVE STIPULATED AGREEMENT BETWEEN THE DEBTOR AND 11380 EAST SMITH RD INVESTMENTS, LLC" (Docket No. 98, the "**Motion**").[1] The Debtor and 11380 East Smith RD Investments, LLC (the "Joint Movants") assert they have provided proper notice of the Motion and the Stipulated Agreement (Docket No. 98-2) and no objection has been filed. Based on the representations made in the Motion, which are uncontested by any party in interest, the Court:

**FINDS THAT** the Debtor has exercised its "business judgment" under Section 363(b) of the Bankruptcy Code to enter into the Agreement; and

**ORDERS THAT** the Motion is hereby granted;

**FURTHER ORDERS** that the Agreement is approved;

**FURTHER ORDERS** that a copy of the Agreement approved by this Order is appended to the Motion at Docket No. 98-2;

**FURTHER ORDERS** that either the Debtor or Lender may seek an order from the Court, to the extent they deem it necessary, to enforce the terms of the Agreement as between the Debtor and the Lender; and

**FURTHER ORDERS** that to the extent permitted by 28 U.S.C. Sections 157 and 1334, the Bankruptcy Court shall retain jurisdiction to, among other things, implement, interpret and/or enforce the terms of the Agreement and to adjudicate, if necessary, any and all disputes concerning or relating in any way to the Agreement as between the Debtor and the Lender.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DATED this 29th day of June, 2018

                    BY THE COURT:

                    *Thomas B. McNamara*
                    Honorable Thomas B. McNamara
                    United States Bankruptcy Judge