United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-10965-TBM
11380 SMITH RD LLC                                                  Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: spressera          Page 1 of 1          Date Rcvd: Jun 29, 2018
                              Form ID: pdf904          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db          +11380 SMITH RD LLC,   11380 Smith Road,   Aurora, CO 80010-1406
br          #+CBRE, Inc.,   8390 E. Crescent Parkway,   Suite 300,   Greenwood Village, CO 80111-2813
sp          #+Merlin Law Group, P.A.,   999 18th St.,   Ste. 3000,   Denver, CO 80202-2449
sp          +Springer & Steinberg, P.C.,   1600 Broadway,   Ste. 1200,   Denver, CO 80202-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
          Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
          jkordziel@bbdfirm.com;jkreh@bbdfirm.com
          Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
          lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
          Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
          Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
          scott.james@moyewhite.com,  brooke.somerville@moyewhite.com
          Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
          tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                    TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

### Honorable Thomas B. McNamara

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **11380 SMITH ROAD, LLC,** | ) | **Case No. 18-10965 TBM** |
| **EIN: 46-4766309**, | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |

---

### ORDER GRANTING JOINT MOTION TO APPROVE STIPULATED AGREEMENT BETWEEN THE DEBTOR AND 11380 EAST SMITH RD INVESTMENTS, LLC

---

THIS MATTER is before the Court upon the "JOINT MOTION TO APPROVE STIPULATED AGREEMENT BETWEEN THE DEBTOR AND 11380 EAST SMITH RD INVESTMENTS, LLC" (Docket No. 98, the "**Motion**").[1] The Debtor and 11380 East Smith RD Investments, LLC (the "Joint Movants") assert they have provided proper notice of the Motion and the Stipulated Agreement (Docket No. 98-2) and no objection has been filed. Based on the representations made in the Motion, which are uncontested by any party in interest, the Court:

**FINDS THAT** the Debtor has exercised its "business judgment" under Section 363(b) of the Bankruptcy Code to enter into the Agreement; and

**ORDERS THAT** the Motion is hereby granted;

**FURTHER ORDERS** that the Agreement is approved;

**FURTHER ORDERS** that a copy of the Agreement approved by this Order is appended to the Motion at Docket No. 98-2;

**FURTHER ORDERS** that either the Debtor or Lender may seek an order from the Court, to the extent they deem it necessary, to enforce the terms of the Agreement as between the Debtor and the Lender; and

**FURTHER ORDERS** that to the extent permitted by 28 U.S.C. Sections 157 and 1334, the Bankruptcy Court shall retain jurisdiction to, among other things, implement, interpret and/or enforce the terms of the Agreement and to adjudicate, if necessary, any and all disputes concerning or relating in any way to the Agreement as between the Debtor and the Lender.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DATED this 29th day of June, 2018 _____

BY THE COURT:

Honorable Thomas B. McNamara
United States Bankruptcy Judge