UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH RD LLC,

Debtor.

Bankruptcy Case No. 18-10965 TBM
Chapter 11

_____

**ORDER FOR HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**
_____

The Debtor, 11380 Smith Rd LLC (the "Plan Proponent"), filed an Amended Disclosure Statement (Docket No. 113, the "Disclosure Statement") and an Amended Plan of Reorganization (Docket No. 112, the "Plan") under Chapter 11 of the Bankruptcy Code on July 11, 2018. Accordingly,

IT IS ORDERED:

1. The Hearing to consider the adequacy of and to approve the Disclosure Statement pursuant to 11 U.S.C. § 1125 will be held at **1:30 p.m., on THURSDAY, AUGUST 30, 2018, in Courtroom E**, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado (the "Hearing").

2. The Plan Proponent shall promptly and, in any event, not later than **JULY 23, 2018**:

   a. mail the Notice of Hearing in the form attached (the "Notice of Hearing") to all creditors and indenture trustees, all equity security holders, and other parties in interest; and,

   b. mail a copy of the Plan, the Disclosure Statement, and the Notice of Hearing to the U.S. Trustee, to applicable regulatory authorities, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities for the State of Colorado (all at their addresses of record as specified by Fed. R. Bankr. P. 2002(g)) and to Counsel for 11380 East Smith Rd Investments, LLC.

3. The Plan Proponent shall also file with the Court by **AUGUST 15, 2018**, a certificate of mailing of the Notice of Hearing, Plan, and Disclosure Statement as ordered.

4. Upon request of interested parties, the Plan Proponent will promptly provide copies of the Plan and Disclosure Statement.

5. Objections to the Disclosure Statement shall be filed and served in the manner specified in Local Bankruptcy Rule 3017-1 and Fed. R. Bankr. P. 3017(a) by **AUGUST 15, 2018**.

6. Pursuant to Fed. R. Bankr. P. 3003(c)(3), the Court previously set **JUNE 22, 2018** as the last day for any creditor or equity security holder whose claim or interest IS NOT scheduled or is scheduled as DISPUTED, CONTINGENT, OR UNLIQUIDATED to file a proof of claim.  (See Docket No. 58.)

DATED this 16th day of July 2018

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>11380 SMITH RD LLC,<br><br>Debtor. | Bankruptcy Case No. 18-10965 TBM<br>Chapter 11 |

_____

**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**
**AND DEADLINE TO OBJECT**
_____

TO THE DEBTOR, CREDITORS, EQUITY HOLDERS, AND ALL OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by the Debtor 11380 Smith RD LLC (the "Plan Proponent").  Pursuant to Order of the Court, a Hearing will be held on the adequacy of such Disclosure Statement **at 1:30 p.m., on THURSDAY, AUGUST 30, 2018,** in Courtroom E, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver (the "Hearing").

Pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the Debtor and counsel for Debtor, the United States Trustee, and applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado  by **AUGUST 15, 2018.**  Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made. General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado.  Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the Plan Proponent at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court.  The Plan Proponent shall promptly provide the requested copy.

The Hearing may be continued from time to time by Order made in Open Court without further written notice to creditors or other parties in interest.

DATED: _____     PLAN PROPONENT:

_____
_____
_____
_____