Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC

**MONTHLY OPERATING REPORT**
CHAPTER 11

CASE NUMBER: 18-10965TBM

Form 2-A
**COVER SHEET**

For Period End Date: June 30, 2018

**Accounting Method:**   ☑ Accrual Basis   ☐ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☑ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☑ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☑ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☑ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☑ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☑ | ☐ | 6. Narrative (Form 2-G) |
| ☑ | ☐ | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| ☑ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |
| ☐ | | 9  Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 7/13/18

Print Name: Louis Hard

Signature: Louis Hard

Title: Member

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC          CASE NO: 18-10965TBM

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 6/1/18 to 6/30/18

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 74174.87 (1) | $ 20000.— (1) |
| 2. Cash Receipts | | |
|     Operations | Ø | |
|     Sale of Assets | | |
|     Loans/advances | | |
|     Other Utilities/Rent | | 82000.— |
|     Total Cash Receipts | $ | $ 102000.— |
| 3. Cash Disbursements | | |
|     Operations | | |
|     Debt Service/Secured loan payment | | |
|     Professional fees/U.S. Trustee fees | | |
|     Profession fees paid from Retainer (e.g. COLTAF acct) | 4660.17 | 30619.47 |
|     Other Utilities, Fees, Bank Services | 2798.74 | 4664.57 |
|     Total Cash Disbursements | $ 7458.91 | $ 35284.04 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -7458.91 | 66715.88 |
| 5 Ending Cash Balance (to Form 2-C) | $ 66715.96 (2) | $ 66715.88 (2) |

**CASH BALANCE SUMMARY**

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | N/A | $ |
| DIP Operating Account | KeyBank | 66715.96 |
| DIP State Tax Account | N/A | |
| DIP Payroll Account | N/A | |
| Other Operating Account | N/A | |
| Retainers held by professionals (i.e. COLTAF) | Weinman/Brown | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 66715.96 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

<u>Exhibit 5</u>

DEBTOR(S): 11380 Smith Rd LLC          CASE NO: 18-10965TBM

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  6/1/18  to  6/30/18

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

Account No: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 6/7/18 | 1006 | Weinhan PC | Attorney Fees | $ 3456.09 |
| 6/7/18 | ACH | Xcel Energy | May 2018 | 728.40 |
| 6/22/18 | ACH | Aurora Water | May + June 2018 | 773.61 |
| 6/27/18 | 1007 | Doug Brown | Attorney Fees | 1204.08 |
| 6/28/18 | ACH | Xcel Energy | June 2018 | 1296.73 |

Total Cash Disbursements   $ 7458.91  (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd LLC     CASE NO: 18-10965TBM

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 6/30/18

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $66715.96 | $ |
| Accounts Receivable (from Form 2-E) | 135752.22 | 135752.22 |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| **Total Current Assets** | $202468.18 | $135752.22 |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | 6,500,000.- | 6,500,000.- |
| Equipment, Furniture and Fixtures | | |
| **Total Fixed Assets** | _____ | _____ |
| Less: Accumulated Depreciation | ( _____ ) | ( _____ ) |
| **Net Fixed Assets** | $6,500,000.- | $6,500,000.- |
| Other Assets (List): _____ | | |
| _____ | | |
| **TOTAL ASSETS** | $6702468.18 | $6635752.22 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| _____ | | |
| **Total Post Petition Liabilities** | $ ∅ | $ ∅ |
| Pre Petition Liabilities: | | |
| Secured Debt | 35316638.47 | 35316638.47 |
| Priority Debt | 1232000.- | 1232000.- |
| Unsecured Debt | | |
| **Total Pre Petition Liabilities** | $47162638.47 | $47162638.47 |
| **TOTAL LIABILITIES** | $47162638.47 | $47162638.47 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $1938829.71 | $18121385 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $6702468.18 | $6635752.22 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.

Exhibit 5

DEBTOR(S): 11380 Smith Rd LC   CASE NO: 18-10965TBM

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period  4/1/18 to 6/30/18

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ Ø | $ Ø |
| Cost of Goods Sold | | |
| **Gross Profit** | $ Ø | $ Ø |
| Operating Expenses | | |
| Officer Compensation | $ | $ |
| Selling, General and Administrative | 325.- | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): Attorney Fees | 4060.17 | |
| Utilities | 2798.74 | 4609.57 |
| Total Operating Expenses | $ 7458.91 | $ |
| **Operating Income (Loss)** | $ -7458.91 | $ -4609.57 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | 102000.- |
| Net Non-Operating Income or (Expenses) | $ Ø | $ 102000.- |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ 30619.47 |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ -7458.91 | $ |
| **Net Income (Loss) Before Income Taxes** | $ Ø | $ |
| Federal and State Income Tax Expense (Benefit) | Ø | |
| **NET INCOME (LOSS)** | $ -7458.91 | $ 60115.96 |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Exhibit 5

**DEBTOR(S):** 11380 Smith Rd LLC          **CASE NO:** 18-10965TBM

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**

For Period: 6/1/18          to          6/30/18

| Summary of Post-Petition Taxes | | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| | | | Total unpaid post-petition taxes | |

*(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| Insurance Coverage Summary | | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
| Workers' compensation | N/A | | | |
| General liability | Auto Owners | 1000000.— | 5/23/19 | 6/23/18 |
| Property (fire, theft, etc.) | Auto Owners | 1000000.— | 5/23/19 | 6/23/18 |
| Vehicle | N/A | | | |
| Other (list): | N/A | | | |
| Other (list): | N/A | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC          CASE NO: 18-10965TBM

Form 2-E (Page 2 of 2)
SUPPORTING SCHEDULES
For Period: 6/1/18          to          6/30/18

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | — | — | — | 135752.22 | 135752.22 |
| Post-petition receivables | N/A | N/A | N/A | N/A | N/A |
| Total | 0 | 0 | 0 | 135752.22 | 135752.22 |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | | | | | |
| Other Payables | | | | | |
| Total | | | | | |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | $ 0 | $ | $ 4640.17 | | $ |
| Counsel for Unsecured | N/A | | | | |
| Creditors' Committee | N/A | | | | |
| Trustee's Counsel | N/A | | | | |
| Accountant | N/A | | | | |
| Other: | N/A | | | | |
| Total | $ 0 | | | | |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| None | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC.     CASE NO: 18-10965TBM

**Form 2-F**
**QUARTERLY FEE SUMMARY \***
**For the Month Ended:** _____

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | 2018 | $ | | | |
| February | 2018 | | | | |
| March | 2018 | 202.86 | | | |
| TOTAL 1st Quarter | | $ 202.86 | $ 325.- | 1003 | 4/20/18 |
| April | 2018 | $ 1384.38 | | | |
| May | 2018 | 6440.75 | | | |
| June | 2018 | 7458.91 | | | |
| TOTAL 2nd Quarter | | $ 15284.04 | $ 650 | 1105 | 7/13/18 |
| July | _____ | $ | | | |
| August | _____ | | | | |
| September | _____ | | | | |
| TOTAL 3rd Quarter | | $ | $ | | |
| October | _____ | $ | | | |
| November | _____ | | | | |
| December | _____ | | | | |
| TOTAL 4th Quarter | | $ | $ | | |

**EDULE (as of JANUARY 1, 2008)**
*that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | | Quarterly Disbursements | Fee |
|------------------------|-----|--|------------------------|-----|
| $0 to $14,999................ | $325 | | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999......... | $650 | | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999....... | $975 | | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999..... | $1,625 | | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999..... | $1,950 | | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999..... | $4,875 | | $30,000,000 or more.............. | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*   Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**Exhibit 5**

DEBTOR(S): 11380 Smith Rd LLC          CASE NO: 18-10965 TBM

Form 2-G
**NARRATIVE**
For Period Ending 6/30/18

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.

No significant changes in June.

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**June 30, 2018**
page 1 of 2



2920  1 AB 0.408  T9 P2  AUTO   2  RTM1X    T  101 00000 R EM T1   79341974
11380 SMITH ROAD, LLC
CASE#18-10965TBM
DEBTOR IN POSSESSION
11380 SMITH RD
AURORA CO  80010-1406

761011004022

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking 761011004022**
11380 SMITH ROAD, LLC
CASE#18-10965TBM
DEBTOR IN POSSESSION

| | |
|---|---|
| Beginning balance 5-31-18 | $74,174.87 |
| 5 Subtractions | -7,458.91 |
| **Ending balance 6-30-18** | **$66,715.96** |

## Subtractions

**Paper Checks**      * check missing from sequence

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1006 | 6-7 | $3,456.09 | 1007 | 6-27 | 1,204.08 |

**Paper Checks Paid**      **$4,660.17**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 6-7 | | Direct Withdrawal, Xcel Energy-Pscoxcelenergy | $728.40 |
| | 6-22 | | Direct Withdrawal, City Aurora Ivr Payment | 773.61 |
| | 6-28 | | Direct Withdrawal, Xcel Energy-Pscoxcelenergy | 1,296.73 |
| | | | **Total subtractions** | **$7,458.91** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 6-29-18 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 6-29-18 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges  this period** | | | **$0.00** |

761011004022 - 00618
221

81.4413.11-7234 1975-2921.1b

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    * KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**❷** Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**❸** Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❻** Enter ending balance shown on your statement.
$

**❼** Add 5 and 6 and enter total here.
$

**❽** Enter total from 4.
$

**❾** Subtract 8 from 7 and enter difference here.
$

This amount should agree with your check register balance.

5:56 PM

07/13/18

# 11380 Smith Rd, LLC
## Reconciliation Summary
### KeyBank #4022, Period Ending 06/30/2018

|  | Jun 30, 18 |
| --- | --- |
| **Beginning Balance** | 74,174.87 |
| **Cleared Transactions** | |
| **Checks and Payments - 5 items** | -7,458.91 |
| **Total Cleared Transactions** | -7,458.91 |
| **Cleared Balance** | **66,715.96** |
| **Register Balance as of 06/30/2018** | 66,715.96 |
| **Ending Balance** | 66,715.96 |

5:56 PM

07/13/18

# 11380 Smith Rd, LLC
## Reconciliation Detail
### KeyBank #4022, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 74,174.87 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 5 items** | | | | | | |
| Check | 06/07/2018 | 1006 | Weinman & Associa... | X | -3,456.09 | -3,456.09 |
| Check | 06/07/2018 | DR 06... | Xcel Energy | X | -728.40 | -4,184.49 |
| Check | 06/27/2018 | 1007 | Doug Brown | X | -1,204.08 | -5,388.57 |
| Check | 06/28/2018 | DR 06... | Xcel Energy | X | -1,296.73 | -6,685.30 |
| Check | 06/28/2018 | DR 06... | Aurora Water | X | -773.61 | -7,458.91 |
|     Total Checks and Payments | | | | | -7,458.91 | -7,458.91 |
|    Total Cleared Transactions | | | | | -7,458.91 | -7,458.91 |
| **Cleared Balance** | | | | | -7,458.91 | 66,715.96 |
| Register Balance as of 06/30/2018 | | | | | -7,458.91 | 66,715.96 |
| **Ending Balance** | | | | | -7,458.91 | 66,715.96 |