UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH RD LLC | ) | Case No. 18-10965 TBM |
| EIN 46-4766309 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON ADEQUACY OF AMENDED DISCLOSURE STATEMENT
AND DEADLINE TO OBJECT**

TO THE DEBTOR, CREDITORS, EQUITY HOLDERS, AND ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that an Amended Disclosure Statement was filed by the Debtor, 11380 Smith Rd LLC (the "Plan Proponent"), on July 11, 2018. Pursuant to Order of the Court, a Hearing will be held on the adequacy of such Disclosure Statement **at 1:30 p.m., on THURSDAY, AUGUST 30, 2018, in Courtroom E**, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado 80202 (the "Hearing").

Pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for the Plan Proponent, the Debtor, and counsel for Debtor, the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado **by August 15, 2018.** Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made. General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508. Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the proponent of the Disclosure Statement or Plan at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court. The proponent shall promptly provide the requested copy.

The Hearing may be continued from time to time by Order made in Open Court without further written notice to creditors or other parties in interest.

DATED: July 23, 2018  Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.

By: /s/ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    730 17th Street, Suite 240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@weinmanpc.com
*Attorneys for Debtor, 11380 Smith Rd LLC*