UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding/Minute Order

| Date: August 30, 2018 | **Honorable Thomas B. McNamara, Presiding** |
|---|---|
| | Anne E. R. Tunnell, Law Clerk |

In re: 11380 SMITH RD LLC

Debtor.

Case No. **18-10965 TBM**
Chapter 11

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | | | Counsel | R. Samuel Boughner |
| Debtor | | | Counsel | Jeffrey A. Weinman |
| Creditor | 11380 East Smith RD Investments, LLC | | Counsel | Timothy M. Swanson |

**PROCEEDINGS**:  Hearing pursuant to 11 U.S.C. § 1125(a) on the adequacy of the Amended Disclosure Statement (Docket No. 113, the "Disclosure Statement") and the Objection thereto filed by the United States Trustee (the "UST") (Docket 119, the "Objection").

[X] The parties entered their appearances on the record.
[X] The Debtor advised the Court that it has amended the Disclosure Statement to meet the objections of the UST.  The Debtor provided the Court with a copy of a red-lined Second Amended Disclosure Statement.
[X] The Debtor advised the Court of the changes made to the Disclosure Statement.
[X] The UST has reviewed the red-lined version of the Disclosure Statement and represents that it resolves his Objection.
[X] The Debtor argued that the changes to be made to the Disclosure Statement are not material and that further notice is not required.  The UST and 11380 East Smith RD Investments, LLC agree.
[X] The Court issued oral findings and conclusions of record.

**ORDERS**:

[X] The Court cannot find that the information in the Disclosure Statement is adequate within the meaning of Section 1125(a) of the Code and, therefore, denies approval of the Disclosure Statement in its current form.
[X] Debtor shall file in the Court's electronic docket for this case a Second Amended Disclosure Statement and Plan of Reorganization by **SEPTEMBER 20, 2018**.  The Second Amended Disclosure Statement shall incorporate the changes discussed during the hearing. Debtor shall file at the same time red-lined versions of each document showing the changes between the Amended Plan (Docket No. 112) and the Disclosure Statement (Docket No. 113) and the Second Amended Plan and Second Amended Disclosure Statement to be filed.
[X] Further notice of the Second Amended Disclosure Statement is not required.
[X] The Court will review the Second Amended Disclosure Statement when filed.  If the Court finds that the information contained therein is adequate within the meaning of Section 1125(a),

the Court will approve the Second Amended Disclosure Statement and issue an order setting a hearing on confirmation of the Second Amended Plan for **Thursday, NOVEMBER 1, 2018 at 1:30 p.m.** in Courtroom E, 721 19th Street, Denver, CO 80202.

---

Date: August 30, 2018

IT IS SO ORDERED:

*signature*

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: *signature*

Anne E. R. Tunnell, Law Clerk

☒ This hearing is considered evidentiary for statistical reporting purposes only.