```
                          United States Bankruptcy Court
                                District of Colorado
In re:                                                          Case No. 18-10965-TBM
11380 SMITH RD LLC                                              Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: spressera              Page 1 of 1                  Date Rcvd: Aug 31, 2018
                             Form ID: pdf904              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
br            #+CBRE, Inc.,    8390 E. Crescent Parkway,    Suite 300,    Greenwood Village, CO 80111-2813
sp            #+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
sp             +Springer & Steinberg, P.C.,    1600 Broadway,    Ste. 1200,    Denver, CO 80202-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding/Minute Order

Date: August 30, 2018                **Honorable Thomas B. McNamara, Presiding**
                                      Anne E. R. Tunnell, Law Clerk

In re: 11380 SMITH RD LLC            Case No. **18-10965 TBM**
                                      Chapter 11
Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | | Counsel | R. Samuel Boughner |
| Debtor | | Counsel | Jeffrey A. Weinman |
| Creditor | 11380 East Smith RD Investments, LLC | Counsel | Timothy M. Swanson |

**PROCEEDINGS**:  Hearing pursuant to 11 U.S.C. § 1125(a) on the adequacy of the Amended Disclosure Statement (Docket No. 113, the "Disclosure Statement") and the Objection thereto filed by the United States Trustee (the "UST") (Docket 119, the "Objection").

[X] The parties entered their appearances on the record.
[X] The Debtor advised the Court that it has amended the Disclosure Statement to meet the objections of the UST.  The Debtor provided the Court with a copy of a red-lined Second Amended Disclosure Statement.
[X] The Debtor advised the Court of the changes made to the Disclosure Statement.
[X] The UST has reviewed the red-lined version of the Disclosure Statement and represents that it resolves his Objection.
[X] The Debtor argued that the changes to be made to the Disclosure Statement are not material and that further notice is not required.  The UST and 11380 East Smith RD Investments, LLC agree.
[X] The Court issued oral findings and conclusions of record.

**ORDERS**:

[X] The Court cannot find that the information in the Disclosure Statement is adequate within the meaning of Section 1125(a) of the Code and, therefore, denies approval of the Disclosure Statement in its current form.
[X] Debtor shall file in the Court's electronic docket for this case a Second Amended Disclosure Statement and Plan of Reorganization by **SEPTEMBER 20, 2018**.  The Second Amended Disclosure Statement shall incorporate the changes discussed during the hearing. Debtor shall file at the same time red-lined versions of each document showing the changes between the Amended Plan (Docket No. 112) and the Disclosure Statement (Docket No. 113) and the Second Amended Plan and Second Amended Disclosure Statement to be filed.
[X] Further notice of the Second Amended Disclosure Statement is not required.
[X] The Court will review the Second Amended Disclosure Statement when filed.  If the Court finds that the information contained therein is adequate within the meaning of Section 1125(a),

the Court will approve the Second Amended Disclosure Statement and issue an order setting a hearing on confirmation of the Second Amended Plan for **Thursday, NOVEMBER 1, 2018 at 1:30 p.m.** in Courtroom E, 721 19th Street, Denver, CO 80202.

Date: August 30, 2018

IT IS SO ORDERED:

*[signature]*
Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: *[signature]*
Anne E. R. Tunnell, Law Clerk

☒This hearing is considered evidentiary for statistical reporting purposes only.