# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH ROAD, LLC,

Debtor.

Bankruptcy Case No. 18-10965 TBM
Chapter 11

_____

## ORDER APPROVING DISCLOSURE STATEMENT AND SETTING CONFIRMATION HEARING
_____

THIS MATTER comes before the Court for consideration of the adequacy of the Amended Disclosure Statement (Docket No. 124, the "Disclosure Statement), which was filed by the Debtor, 11380 Smith Road, LLC, on September 20, 2018, in support of its proposed Amended Plan of Reorganization (Docket No. 123, the "Plan").  Adequate notice has been given, and the Court has found that the Debtor's Disclosure Statement contains adequate information as the term is defined by 11 U.S.C. § 1125.  Accordingly, it is

ORDERED that the Debtor's Disclosure Statement (Docket No. 124) is hereby APPROVED.  It is

FURTHER ORDERED that the Debtor and all parties in interest may now solicit acceptances or rejections of the Plan pursuant to 11 U.S.C. § 1125.  It is

FURTHER ORDERED that on or before **September 27, 2018,** the Debtor shall transmit by mail to all creditors and parties in interest whose votes on the Plan are to be solicited, the Plan and the approved Disclosure Statement, a copy of this Order, and a Ballot for Voting on the Plan, which Ballot shall conform to Official Form 14. The Debtor shall also transmit by mail on or before **September 27, 2018**, to all parties in interest whose votes on the Plan are not to be solicited (including the United States Trustee) a copy of this Order, the Plan, and the Disclosure Statement.  The Debtor shall file a certificate of service with the Court within five (5) days of the date of mailing.  It is

FURTHER ORDERED that ballots accepting or rejecting the Plan must be submitted by the holders of all claims or interests entitled to vote on the Plan on or before 5:00 p.m. on **October 25, 2018**, to Debtor's counsel, Jeffrey A. Weinman, 730 17th Street, Suite 240, Denver, CO 80202-3506.  It is

FURTHER ORDERED that any objection to confirmation of the Plan shall be filed with the Court and a copy thereof served on or before **October 25, 2018**, and a copy served Debtor's counsel on or before **October 25, 2018**, consistent with Fed. R. Bankr. P. 3020(b)(1).  **October 25, 2018**, shall be fixed as the last day for filing written acceptances or rejections of the Plan. It is

FURTHER ORDERED that a hearing for consideration of confirmation of the Plan and such objections is set for **Thursday, November 1, 2018, at 1:30 p.m.** before the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, Courtroom E, U.S. Custom House, 721 19th Street, Denver, Colorado.

FURTHER ORDERED that if the hearing involves contested factual issues, the Court will treat the hearing set as a preliminary hearing. Similar to the procedures established in L.B.R. 4001-1(c), no testimony will be taken. Evidence will be accepted at the preliminary hearing by oral offers of proof and exhibits. The parties shall file and exchange witness and exhibit lists by **October 29, 2018**. The parties must also exchange all exhibits they intend to use, or may reasonably anticipate using, at any final hearing by **October 29, 2018.** The parties should not file the actual exhibits unless otherwise directed by the Court. It is

FURTHER ORDERED that at any final evidentiary hearing, if necessary, the parties will be limited to presenting into evidence only the documents exchanged and witnesses specifically identified in accordance with the preceding paragraph of this Order, excluding rebuttal exhibits and witnesses. It is

FURTHER ORDERED that on or before **October 29, 2018**, the Debtor shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim. It is

FURTHER ORDERED that if the Debtor proposes to further amend or modify the Plan in response to any objection, at least 3 business days prior to the confirmation hearing the Debtor shall file with the Court and serve on all objecting parties a response which specifically identifies any amendment(s) made in response to an objection. To such response, the Debtor shall attach a red-lined copy of the Plan reflecting such amendments.

A bar date of June 22, 2018, was previously set for filing proofs of claims herein.

DATED this 24th day of September, 2018.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara,
United States Bankruptcy Judge