United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-10965-TBM
11380 SMITH RD LLC                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: spressera          Page 1 of 2          Date Rcvd: Sep 24, 2018
                              Form ID: pdf904          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db          +11380 SMITH RD LLC,   11380 Smith Road,   Aurora, CO 80010-1406
br         #+CBRE, Inc.,   8390 E. Crescent Parkway,   Suite 300,   Greenwood Village, CO 80111-2813
sp         #+Merlin Law Group, P.A.,   999 18th St.,   Ste. 3000,   Denver, CO 80202-2449
sp          +Springer & Steinberg, P.C.,   1600 Broadway,   Ste. 1200,   Denver, CO 80202-4920
17895304    +11380 E. Smith Rd Investments, LLC,   Kresher Capital,   3050 Aventura Blvd., 3rd Floor,
              Miami, FL 33180-3112
18045420    +11380 East Smith RD Investments, LLC,   333 SE 2nd Avenue, Suite 3588,   Miami, FL 33131-2183
17916568    +Adams County Treasurer,   PO Box 869,   Brighton, CO 80601-0869
17895305   ++++DAVID LAIRD, ESQ.,   MOYE WHITE, LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court: David Laird, Esq.,   Moye White, LLP,   1400 16th Street, 6th Floor,
              Denver, CO 80202)
17895306    +Henzel, Tim,   1510 Jade Road,   Columbia, MO 65201-1702
17895307    +Louis Hard,   7585 S. Biscay Street,   Aurora, CO 80016-1804
17916569    +Owners Insurance Company,   Division of Insurance,   1560 Broadway,   Denver, CO 80202-4942
17896336    +Securities and Exchange Commission,   Central Regional Office,   1961 Stout St.,   Ste. 1700,
              Denver CO 80294-1700
17895308     Xcel Energy,   P.O. Box 9477,   Minneapolis, MN 55484-9477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17896334    +E-mail/PDF: dor_tac_bankruptcy@state.co.us Sep 25 2018 01:00:06
              Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
              Denver CO 80261-3000
17896335     E-mail/Text: cio.bncmail@irs.gov Sep 25 2018 00:55:24     IRS,   PO Box 7346,
              Philadelphia PA 19101-7346
17896337    +E-mail/Text: bankruptcynoticeschr@sec.gov Sep 25 2018 00:55:39
              Securities and Exchange Commission,   Midwest Regional Office,   175 W. Jackson Blvd.,
              Ste. 900,   Chicago IL 60604-2815
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17916570     Gregory Giometti, Esq.,   Gregory R. Giometti & Assoc.,   50 South Steele, #480
17895310*   +11380 E. Smith Rd Investments, LLC,   Kresher Capital,   3050 Aventura Blvd., 3rd Floor,
              Miami, FL 33180-3112
17895311*  ++++DAVID LAIRD, ESQ.,   MOYE WHITE, LLP,   1400 16TH ST STE 600,   DENVER CO  80202-1486
             (address filed with court: David Laird, Esq.,   Moye White, LLP,   1400 16th Street, 6th Floor,
              Denver, CO 80202)
17895312*   +Henzel, Tim,   1510 Jade Road,   Columbia, MO 65201-1702
17895313*   +Louis Hard,   7585 S. Biscay Street,   Aurora, CO 80016-1804
17895314*    Xcel Energy,   P.O. Box 9477,   Minneapolis, MN 55484-9477
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1082-1           User: spressera                Page 2 of 2                   Date Rcvd: Sep 24, 2018
                               Form ID: pdf904                Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,   brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>11380 SMITH ROAD, LLC,<br><br>Debtor. | Bankruptcy Case No. 18-10965 TBM<br>Chapter 11 |

**ORDER APPROVING DISCLOSURE STATEMENT AND SETTING CONFIRMATION HEARING**

THIS MATTER comes before the Court for consideration of the adequacy of the Amended Disclosure Statement (Docket No. 124, the "Disclosure Statement), which was filed by the Debtor, 11380 Smith Road, LLC, on September 20, 2018, in support of its proposed Amended Plan of Reorganization (Docket No. 123, the "Plan").  Adequate notice has been given, and the Court has found that the Debtor's Disclosure Statement contains adequate information as the term is defined by 11 U.S.C. § 1125.  Accordingly, it is

ORDERED that the Debtor's Disclosure Statement (Docket No. 124) is hereby APPROVED.  It is

FURTHER ORDERED that the Debtor and all parties in interest may now solicit acceptances or rejections of the Plan pursuant to 11 U.S.C. § 1125.  It is

FURTHER ORDERED that on or before **September 27, 2018,** the Debtor shall transmit by mail to all creditors and parties in interest whose votes on the Plan are to be solicited, the Plan and the approved Disclosure Statement, a copy of this Order, and a Ballot for Voting on the Plan, which Ballot shall conform to Official Form 14. The Debtor shall also transmit by mail on or before **September 27, 2018**, to all parties in interest whose votes on the Plan are not to be solicited (including the United States Trustee) a copy of this Order, the Plan, and the Disclosure Statement.  The Debtor shall file a certificate of service with the Court within five (5) days of the date of mailing.  It is

FURTHER ORDERED that ballots accepting or rejecting the Plan must be submitted by the holders of all claims or interests entitled to vote on the Plan on or before 5:00 p.m. on **October 25, 2018**, to Debtor's counsel, Jeffrey A. Weinman, 730 17th Street, Suite 240, Denver, CO 80202-3506.  It is

FURTHER ORDERED that any objection to confirmation of the Plan shall be filed with the Court and a copy thereof served on or before **October 25, 2018**, and a copy served Debtor's counsel on or before **October 25, 2018**, consistent with Fed. R. Bankr. P. 3020(b)(1).  **October 25, 2018**, shall be fixed as the last day for filing written acceptances or rejections of the Plan. It is

  FURTHER ORDERED that a hearing for consideration of confirmation of the Plan and such objections is set for **Thursday, November 1, 2018, at 1:30 p.m.** before the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, Courtroom E, U.S. Custom House, 721 19th Street, Denver, Colorado.

  FURTHER ORDERED that if the hearing involves contested factual issues, the Court will treat the hearing set as a preliminary hearing.  Similar to the procedures established in L.B.R. 4001-1(c), no testimony will be taken.  Evidence will be accepted at the preliminary hearing by oral offers of proof and exhibits.  The parties shall file and exchange witness and exhibit lists by **October 29, 2018**.  The parties must also exchange all exhibits they intend to use, or may reasonably anticipate using, at any final hearing by **October 29, 2018.**  The parties should not file the actual exhibits unless otherwise directed by the Court.  It is

  FURTHER ORDERED that at any final evidentiary hearing, if necessary, the parties will be limited to presenting into evidence only the documents exchanged and witnesses specifically identified in accordance with the preceding paragraph of this Order, excluding rebuttal exhibits and witnesses.  It is

  FURTHER ORDERED that on or before **October 29, 2018**, the Debtor shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.  It is

  FURTHER ORDERED that if the Debtor proposes to further amend or modify the Plan in response to any objection, at least 3 business days prior to the confirmation hearing the Debtor shall file with the Court and serve on all objecting parties a response which specifically identifies any amendment(s) made in response to an objection.  To such response, the Debtor shall attach a red-lined copy of the Plan reflecting such amendments.

  A bar date of June 22, 2018, was previously set for filing proofs of claims herein.

  DATED this 24th day of September, 2018.

            BY THE COURT:

            *Thomas B. McNamara*
            Thomas B. McNamara,
            United States Bankruptcy Judge