# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 18-10965 |
| EIN: 46-4766309, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## RESERVATION OF RIGHTS

COMES NOW 11380 East Smith RD Investments, LLC (the "**Lender**"), by and through its undersigned counsel, for its Reservation of Rights regarding the Debtor's Second Amended Plan of Reorganization.

### Background

1. On May 15, 2018, the Parties entered into that certain Stipulated Agreement regarding, *inter alia*, the treatment of Lender's claim during this Chapter 11 case and Lender's rights and remedies upon the occurrence or non-occurrence of certain events in this Chapter 11 case (Docket No. 98-2) (the "**Agreement**").

2. Section 6 of the Agreement states:

**CHAPTER 11 PLAN**.  Lender will be deemed to have consented to the terms of any Chapter 11 plan for which the Debtor seeks confirmation ***provided that*** any such plan: (i) expressly incorporates the terms of this Agreement; (ii) does not conflict with the terms of this Agreement; and (iii) does not otherwise affect, impair or prejudice Lender's rights under the Loan Documents.

(Docket No. 98-2 at § 6) (emphasis in the original).

3. On June 29, 2018, the Court entered its Order Approving the Agreement in full. (Docket No. 110).

4. On July 11, 2018, the Debtor filed its: (i) Amended Plan of Reorganization (Docket No. 112) (the "**Plan**"); and (ii) Amended Disclosure Statement (the "**Disclosure Statement**").

5. On August 30, 2018, the Court denied approval of the adequacy of the Disclosure Statement and required that the Debtor amend its Plan and Disclosure Statement to address various concerns raised by the Court (Docket No. 121) (the "**Disclosure Statement Hearing**").

6. On the record at the Disclosure Statement Hearing, counsel for Lender requested two additional changes be incorporated into the Plan that would further effectuate the terms of the Agreement.

7. On September 20, 2018, the Debtor filed its: (i) Second Amended Plan of Reorganization (Docket No. 123) (the "**2nd Amended Plan**"); and (ii) Second Amended Disclosure Statement (Docket No. 124) (the "**2nd Amended Disclosure Statement**").

8. The 2nd Amended Plan did not contain the two additional changes requested by Lender on the record at the Disclosure Statement Hearing.

9. On September 24, 2018, the Court entered its Order Approving Disclosure Statement and Setting Confirmation Hearing.

10. On October 25, 2018, the Lender filed its Motion to Approve Stipulation Regarding Second Amended Plan of Reorganization (Docket No. 132) (the "**Motion to Approve Stipulation**").

11. The Motion to Approve Stipulation clarifies that to the extent anything in the 2nd Amended Plan conflicts with the terms of the Agreement, then the Agreement shall govern and control in all circumstances.

## Reservation of Rights

12. Lender hereby reserves the right to oppose confirmation of the 2nd Amended Plan at any hearing thereon if the Court ultimately denies the Motion to Approve Stipulation.

**Dated:**   Denver, Colorado
October 25, 2018

MOYE WHITE LLP

s/ *Timothy M. Swanson*
Timothy M. Swanson, #47267
1400 16th Street, 6th Floor
Denver, Colorado 80202
Email: tim.swanson@moyewhite.com
Phone:  (303) 292-2900
Fax:     (303) 292-4510
*Counsel to 11380 East Smith RD Investments, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system.

<em>s/ Timothy M. Swanson</em>

4851-6613-3625.1