UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                            )
                                                  )
11380 SMITH RD LLC                                )   Case No. 18-10965 TBM
EIN 46-4766309                                    )   Chapter 11
                                                  )
Debtor.                                           )

**BALLOT VOTING REPORT**

    Debtor-in-Possession, 11380 Smith Rd LLC ("Debtor"), through its counsel Weinman & Associates, P.C., submits the following report of ballots received in connection with confirmation of its Second Amended Plan of Reorganization dated September 20, 2018 (the "Plan"). The Debtor's Second Amended Disclosure Statement dated September 20, 2018 was approved by the Court on September 24, 2018. The deadline for Ballots to accept or reject the Plan was October 25, 2018 ("Ballot Deadline"). Objections to confirmation were due on or before October 25, 2018. The Court has set a hearing on confirmation of the Plan for Thursday, November 1, 2018 at 1:30 p.m.

VOTING REPORT

A.    BALLOT REPORT SUMMARY

| Class | Accepts | Rejects | No Ballot Received | Not Impaired |
|---|---|---|---|---|
| 1 - Adams County, Colorado Treasurer's Office | | | X | |
| 2 - 11380 East Smith Rd Investments, LLC | X[1] | | | |
| 3 - General Unsecured Claims | | | X | |
| 4 - Equitable Interest | | | X | X |

---

[1] The Class 2 creditor's Ballot was received after the Ballot Deadline, however, Mr. Swanson, counsel for the Class 2 creditor, advised that he received no Ballot and immediately upon having been advised of his client's failure to vote, he was sent and returned the attached Ballot.

B. Class 2 consists of the allowed secured claim of 11380 East Smith Rd Investments, LLC. Class 2 is impaired under the Plan. The Debtor received a Ballot from the Class 2 creditor. As footnoted above, Class 2 has voted to accept the Plan. The Ballot received by the Class 2 creditor is attached hereto as Exhibit "A".

With respect to the classes which have voted on the Plan, Class 2 has voted to accept the Plan. No Classes have voted to reject the Plan. At least one (1) non-insider impaired class has voted to accept the Plan. Non-objecting, non-voting classes are deemed to have accepted the Plan. In re Ruti-Sweetwater, Inc., 836 F.2d 1263 (10th Cir. 1988).

DATED: October 29, 2018

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.


        By: /s/ Jeffrey A. Weinman
          Jeffrey A. Weinman, #7605
           730 17th Street, Suite 240
           Denver, CO 80202-3506
           Telephone: (303) 572-1010
           Facsimile: (303) 572-1011
           jweinman@weinmanpc.com

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed on this 29th day of October, 2018, a true and correct copy of the foregoing **BALLOT VOTING REPORT** by placing the same in the United States mail, postage prepaid, addressed to:

Daniel J. Morse, Esq.
U.S. Trustee's Office
308 W. 21st St., Room 203
Cheyenne, WY 82001

Samuel Boughner, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

11380 Smith Rd LLC
Attn: Louis Hard, Manager/Member
11380 East Smith Road
Aurora, CO 80010

Timothy M. Swanson, Esq.
Scott C. James, Esq.
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202

                                          /s/ Lisa R. Kraai