IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 18-10965 TBM |
| EIN: 46-4766309, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING MOTION TO APPROVE STIPULATION REGARDING SECOND AMENDED PLAN OF REORGANIZATION**

THIS MATTER is before the Court on the "Motion to Approve Stipulation Regarding Second Amended Plan of Reorganization" (Docket No. 132, the "**Motion**").[1] Having reviewed the Motion, the Stipulation (Docket No. 132-1, the "Stipulation") and the Second Amended Plan of Reorganization (Docket No. 123, the "Second Amended Plan"), **THE COURT HEREBY ORDERS THAT**:

1. The Motion is granted.

2. The Stipulation is approved.

3. The terms of the Stipulation are incorporated by reference into the Second Amended Plan.

DATED:  October 31, 2018.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.