UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### ORDER CONFIRMING SECOND AMENDED PLAN

The Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by 11380 Smith Rd LLC, dated September 20, 2018 (Docket No. 123, the "Plan") is before the Court for confirmation. Debtor asserts it provided proper notice of the hearing on confirmation set for November 1, 2018, and the deadline for objections and voting on the Plan. No objections were filed. However, the Lender, 11380 East Smith RD Investments, LLC (the "Lender"), filed a "Reservations of Rights" (Docket No. 133, the "Reservation") wherein it preserved its right to object to the Plan if its Stipulation with the Debtor (Docket No. 132-1, the "Stipulation") was not approved. On October 31, 2018, this Court approved the Stipulation. (Docket No. 137.) Thus, no objection is pending.

On October 29, 2018, the Debtor filed its Ballot Voting Report (Docket No. 136) and an "Offer of Proof in Lieu of Direct Testimony With Respect to Confirmation of Debtor's Second Amended Plan of Reorganization" (Docket No. 135, the "Proffer"). The Court has reviewed the Plan, the Ballot Voting Report, the Proffer and the record in this case. Having done so, the Court FINDS that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied. Accordingly, the Court:

ORDERS that the Plan filed by 11380 Smith Rd LLC dated September 20, 2018 at Docket No. 123 is confirmed;

FURTHER ORDERS that the hearing on confirmation set for Thursday, November 1, 2018 at 1:30 p.m. is VACATED; and

FURTHER ORDERS that the Debtor shall FORTHWITH serve a copy of this Order on all creditors and parties in interest to provide them notice of the confirmation of the Plan (a copy of which may be reviewed on the Court's electronic docket for this case at Docket No. 123) as supplemented by the Stipulation; and file a certificate of service and compliance with this Order by 5:00 p.m. on November 1, 2018.

DATED: October 31, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge