```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                       Case No. 18-10965-TBM
11380 SMITH RD LLC                                           Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: spressera              Page 1 of 2              Date Rcvd: Oct 31, 2018
                             Form ID: pdf904              Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
17895304       +11380 E. Smith Rd Investments, LLC,    Kresher Capital,   3050 Aventura Blvd., 3rd Floor,
                 Miami, FL 33180-3112
18045420       +11380 East Smith RD Investments, LLC,    333 SE 2nd Avenue, Suite 3588,   Miami, FL 33131-2183
17916568       +Adams County Treasurer,    PO Box 869,   Brighton, CO 80601-0869
17895305      ++++DAVID LAIRD, ESQ.,   MOYE WHITE, LLP,    1400 16TH ST STE 600,   DENVER CO 80202-1486
                 (address filed with court: David Laird, Esq.,    Moye White, LLP,   1400 16th Street, 6th Floor,
                 Denver, CO 80202)
17895306       +Henzel, Tim,   1510 Jade Road,   Columbia, MO 65201-1702
17895307       +Louis Hard,   7585 S. Biscay Street,    Aurora, CO 80016-1804
17916569       +Owners Insurance Company,   Division of Insurance,   1560 Broadway,   Denver, CO 80202-4942
17896336       +Securities and Exchange Commission,    Central Regional Office,   1961 Stout St.,   Ste. 1700,
                 Denver CO 80294-1700
17895308        Xcel Energy,   P.O. Box 9477,   Minneapolis, MN 55484-9477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17896334       +E-mail/PDF: dor_tac_bankruptcy@state.co.us Nov 01 2018 00:11:01
                 Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                 Denver CO 80261-3000
17896335        E-mail/Text: cio.bncmail@irs.gov Nov 01 2018 00:08:59    IRS,   PO Box 7346,
                 Philadelphia PA 19101-7346
17896337       +E-mail/Text: bankruptcynoticeschr@sec.gov Nov 01 2018 00:09:16
                 Securities and Exchange Commission,   Midwest Regional Office,   175 W. Jackson Blvd.,
                 Ste. 900,   Chicago IL 60604-2815
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17916570        Gregory Giometti, Esq.,    Gregory R. Giometti & Assoc.,   50 South Steele, #480
17895310*      +11380 E. Smith Rd Investments, LLC,    Kresher Capital,   3050 Aventura Blvd., 3rd Floor,
                 Miami, FL 33180-3112
17895311*     ++++DAVID LAIRD, ESQ.,   MOYE WHITE, LLP,    1400 16TH ST STE 600,   DENVER CO 80202-1486
                 (address filed with court: David Laird, Esq.,    Moye White, LLP,   1400 16th Street, 6th Floor,
                 Denver, CO 80202)
17895312*      +Henzel, Tim,   1510 Jade Road,   Columbia, MO 65201-1702
17895313*      +Louis Hard,   7585 S. Biscay Street,    Aurora, CO 80016-1804
17895314*       Xcel Energy,   P.O. Box 9477,   Minneapolis, MN 55484-9477
                                                                                 TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com, brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com
```

```
District/off: 1082-1          User: spressera            Page 2 of 2              Date Rcvd: Oct 31, 2018
                              Form ID: pdf904            Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                         TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                        )
                                              )
11380 SMITH RD LLC                            )    Case No. 18-10965 TBM
EIN 46-4766309                                )    Chapter 11
                                              )
Debtor.                                       )

## ORDER CONFIRMING SECOND AMENDED PLAN

  The Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by 11380 Smith Rd LLC, dated September 20, 2018 (Docket No. 123, the "Plan") is before the Court for confirmation. Debtor asserts it provided proper notice of the hearing on confirmation set for November 1, 2018, and the deadline for objections and voting on the Plan. No objections were filed. However, the Lender, 11380 East Smith RD Investments, LLC (the "Lender"), filed a "Reservations of Rights" (Docket No. 133, the "Reservation") wherein it preserved its right to object to the Plan if its Stipulation with the Debtor (Docket No. 132-1, the "Stipulation") was not approved. On October 31, 2018, this Court approved the Stipulation. (Docket No. 137.) Thus, no objection is pending.

  On October 29, 2018, the Debtor filed its Ballot Voting Report (Docket No. 136) and an "Offer of Proof in Lieu of Direct Testimony With Respect to Confirmation of Debtor's Second Amended Plan of Reorganization" (Docket No. 135, the "Proffer"). The Court has reviewed the Plan, the Ballot Voting Report, the Proffer and the record in this case. Having done so, the Court FINDS that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied. Accordingly, the Court:

  ORDERS that the Plan filed by 11380 Smith Rd LLC dated September 20, 2018 at Docket No. 123 is confirmed;

  FURTHER ORDERS that the hearing on confirmation set for Thursday, November 1, 2018 at 1:30 p.m. is VACATED; and

  FURTHER ORDERS that the Debtor shall FORTHWITH serve a copy of this Order on all creditors and parties in interest to provide them notice of the confirmation of the Plan (a copy of which may be reviewed on the Court's electronic docket for this case at Docket No. 123) as supplemented by the Stipulation; and file a certificate of service and compliance with this Order by 5:00 p.m. on November 1, 2018.

DATED: October 31, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge