United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: spressera      Page 1 of 1      Date Rcvd: Oct 31, 2018  
                 Form ID: pdf904      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
```
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
sp            #+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
sp             +Springer & Steinberg, P.C.,    1600 Broadway,    Ste. 1200,    Denver, CO 80202-4920
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
```
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

In re:  11380 SMITH RD LLC              )
                                        )
                                        )        Bankruptcy No. 18-10965-TBM
                                        )
                                        )        Chapter 11
                                        )
                                        )
                       Debtor(s).       )

**NOTICE TO FILE FINAL REPORT
AND ACCOUNT OF ADMINISTRATION OF ESTATE
AND APPLICATIONS FOR FINAL DECREE**

TO THE DEBTOR (OR TRUSTEE) AND ITS ATTORNEY:

On  October 31st, 2018  , the Court entered an order confirming the chapter 11 plan in the above-entitled action.  As a result thereof, certain reports concerning consummation of the plan are now required of the debtor pursuant to 11 U.S. C. 1106(a) (1) and (7), and 1107(a) as applicable, and 704(9) to facilitate full administration of the estate and closing of this case in accordance with Rule 3022, Federal Rules of Bankruptcy Procedure. Therefore,

NOTICE IS HEREBY GIVEN that:

1. Upon substantial consummation of a corporate, LLC or partnership debtor's plan, the debtor shall file an original and serve upon the U. S. Trustee a final report and account showing full administration of the estate in substantial conformity with the final report and account forms enclosed herewith;

2. Concurrent with the filing of the final report and account showing full administration of the estate, the debtor shall file an original copy and serve upon the U. S. Trustee a motion for the entry of final decree together with a proposed form of order in substantial conformity with the suggested form of final decree enclosed herewith;

Bankruptcy No. 18-10965-TBM

**NOTICE TO FILE INTERIM/FINAL REPORTS**
Page 2.

3. Upon receipt, the U. S. Trustee will review the final report and account showing full administration of the estate and the motion for entry of final decree in accordance with his overall responsibility to monitor the case, the debtor-in-possession or trustee. If appropriate, the U. S. Trustee will object to such report and motion; and

4. Pursuant to a memorandum of understanding between the Executive office for U. S. Trustee and the Administration office of the U. S. Courts, if no objection has been filed by the U. S. Trustee within 30 days after filing of the report and motion, a presumption will made that the estate has been properly administered and the final decree closing the case shall enter.

Dated: 10/31/2018

For the Court
Kenneth S. Gardner, Clerk

By
A.S.
Deputy Clerk
(720) 904-7300

## LOCAL BANKRUPTCY FORM 3022-1.1
[Caption as in Official Form 416A]

## CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE
(chapter 11 business debtor)

Comes now the debtor _____, by and through its undersigned attorney, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as order by this court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;

2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A attached hereto;

3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule B attached hereto;

4. That the debtor or the successor has assumed the business or the management of the property dealt with by the plan as applicable;

5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and

6. That all motions, contested matters, and adversary proceedings have been finally resolved.

WHEREFOR the debtor herein prays for the entry of the Final Decree pursuant to FED.R.BANKR.P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

Dated: _____  By: _____
Representative of the Debtor

Dated: _____  By: _____
*Counsel to* _____
Attorney registration number (if applicable)
Business address (or home address for *pro se*)
Telephone number
Facsimile number
E-mail address

170

Debtor: _____
Case No.:_____

## SCHEDULE A

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of Deposit | Amount | Distribution |
|---|---|---|
| | | |
| | | |

Debtor: _____
Case No.:_____

## SCHEDULE B

      The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of Property | Value of Property | Transferred To | Date of Transfer (Actual or Estimated) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Debtor: _____
Case No.:_____

## SCHEDULE C

Payments completed under the provisions of the plan are as follows:

**Administrative Payments/Fees and Taxes:**

1. Trustee's Commissions and Expenses     $ _____
2. Accountant's Fees     $ _____
3. Auctioneer's Fees     $ _____
4. Appraiser's Fees     $ _____
5. Attorney's Fees
    a. for creditor's committee     $ _____
    b. for trustee     $ _____
    c. for debtor     $ _____
    d. other attorney's fees     $ _____
6. Taxes, Fines, Penalties, etc.     $ _____
(11 U.S.C. § 502(b)(1)(B) & (C))
7. Other Non-Operating Costs of Administration     $ _____
(Please itemize on attached sheets)

TOTAL Administrative Payments/Fees and Taxes:     **$ _____**

**Other Priority Payments:**

1. Post Involuntary Petition/Pre-relief Claims     $ _____
2. Wages, etc.     $ _____
3. Contributions to Employee Benefit Plans     $ _____
4. Deposits for Undelivered Service or Property     $ _____
5. Taxes (11 U.S.C. § 507(a)(6))     $ _____

TOTAL Other Priority Payments:     **$ _____**

**Other Payments Completed Under the Plan:**

1. Payments to Secured Creditors     $ _____
2. Payments to Unsecured Creditors     $ _____
3. Payments to Equity Holders     $ _____
4. Other Distributions     $ _____

TOTAL Other Payments Completed Under the Plan:     **$ _____**

LOCAL BANKRUPTCY FORM 3022-1.3
[Caption as in Official Form 416A]

**FINAL DECREE**
(Chapter 11 business debtor)

The estate of the above-named debtor having been fully administered, it is

ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

Dated:_____  BY THE COURT:

_____
United States Bankruptcy Judge