UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                      )
                                            )
11380 SMITH RD LLC                          )   Case No. 18-10965 TBM
EIN 46-4766309                              )   Chapter 11
                                            )
Debtor.                                     )

**COVER SHEET FOR FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WEINMAN & ASSOCIATES, P.C.**

Name of Applicant: Weinman & Associates, P.C.

Authorized to Provide Professional Services to: 11380 Smith Rd LLC, Debtor-in-Possession ("Debtor")

Date of Order Authorizing Employment: March 9, 2018

Period for Which Compensation is Sought: February 13, 2018 through October 31, 2018

Amount of Compensation Sought: $23,147.04.

Amount of Expense Reimbursement Sought: $0.00 (Weinman & Associates, P.C. incurred a total of $1,020.66 in expenses and has reimbursed a total of $1,020.66 from interim payments).

This is the First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Weinman & Associates, P.C.

Weinman & Associates, P.C. received a total pre-petition retainer in the amount of $20,000.00 from the Debtor. Of the $20,000.00 pre-petition retainer, $8,562.00 was expended by Weinman & Associates, P.C. for pre-petition legal services and expenses for the Debtor-in-Possession. The balance of the retainer, $11,438.00, was deposited in the COLTAF account of Weinman & Associates, P.C.

On March 26, 2018, the Court entered an Order Approving Interim Advance Payment Procedures authorizing interim payments to the Debtor's Professionals. Weinman & Associates, P.C. has utilized the procedure set forth in the Court's Order dated March 26, 2018, and has applied a total of $21,329.42 to its outstanding fees and reimbursement of expenses on an interim basis, including funds held in its Coltaf account and additional interim payments. There remains unpaid allowed attorney's fees in the amount of $23,147.04 and unpaid expenses in the amount of $0.00 (Weinman & Associates, P.C. incurred a total of $1,020.66 in expenses which were reimbursed pursuant to the Court's March 26, 2018 Order).

Weinman & Associates, P.C. is requesting that it be allowed unpaid attorney's fees in the amount of $23,147.04, unpaid expenses in the amount of $0.00, and that the interim payments in the amount of $21,329.42 made during the pendency of the Chapter 11 case, be approved by the Court.

DATED: November 16, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH RD LLC ) | Case No. 18-10965 TBM |
| EIN 46-4766309 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WEINMAN & ASSOCIATES, P.C.**

Weinman & Associates, P.C. ("Applicant"), counsel for Debtor-in-Possession, 11380 Smith Rd LLC ("Debtor"), pursuant to 11 U.S.C. § 331, hereby submits this First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses. In support thereof, the Applicant states as follows:

1. On February 13, 2018, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On March 9, 2018, this Court authorized the Debtor to employ Weinman & Associates, P.C. as counsel for the Debtor to represent the Debtor in connection with the within Chapter 11 bankruptcy proceeding.

3. The Debtor owns warehouse and office property in Aurora, Colorado.

4. Pursuant to this Court's authorization, professional services were rendered by Applicant in connection with the Debtor's Chapter 11 bankruptcy proceeding. A biographical description of each individual attorney who performed services on behalf of the Debtor is attached hereto and incorporated herein by this reference as Exhibit "A". A work summary of the services performed by Applicant is attached hereto as Exhibit "B". Copies of Applicant's billing statements for the pertinent period are attached hereto and incorporated herein by this reference as Exhibit "C".

5. The within Application represents the First and Final Application for Compensation and Reimbursement of Expenses filed by Weinman & Associates, P.C. with respect to its representation of the Debtor in connection with the within Chapter 11 bankruptcy proceeding.

6. There is no agreement or understanding between Applicant or any other person for the sharing of compensation to be received for services rendered in this case.

7. No compensation requested with respect to this proceeding is to be shared with any person contrary to the provisions of the Bankruptcy Code.

8. On March 26, 2018, the Court entered an Order Approving Interim Advance Payment Procedures wherein the Debtor is authorized to pay 80% of Applicant's attorney's fees and 100% of Applicant's expenses on a monthly basis.

9. Applicant received a $20,000.00 pre-petition retainer from the Debtor. Applicant expended $8,562.00 of the retainer on pre-petition legal services and reimbursement of expenses, including the Chapter 11 filing fee, on behalf of the Debtor. The balance of the retainer, $11,438.00 was placed in Applicant's Coltaf account. Pursuant to the Court's March 26, 2018 Order, Applicant applied $11,438.00 from its Coltaf account to its unpaid fees and reimbursement of expenses. Furthermore, Applicant received $9,891.42 in additional interim payments from the Debtor. A total of $21,329.42 was paid to Applicant on an interim basis. There is currently a balance of $0.00 in Applicant's Coltaf account.

10. Applicant hereby seeks allowance of unpaid compensation in the amount of $23,147.04 for legal services performed and reimbursement of expenses in the amount of $0.00[1] for a total sum of $23,147.04 for the time period from February 13, 2018 through October 31, 2018, the date the Debtor's Second Amended Plan of Reorganization was confirmed by the Court.

11. Applicant believes that the reasonable value of the unpaid services performed and expenses incurred is $23,147.04. Applicant requests that it be allowed and paid total unpaid attorneys' fees and reimbursement of expenses in the amount of $23,147.04, that the interim payments made to Applicant in the total amount totaling $21,329.42 made during the pendency of this case be approved. In connection with the valuation of Applicant's services, Applicant considered the experience of the attorneys performing services and the time actually spent by each person. Applicant believes that the hourly rates of the attorneys are consistent with the rates of comparable services performed by attorneys of like experience and quality with regard to the work performed.

WHEREFORE, for the reasons as set forth above, Weinman & Associates, P.C. respectfully requests pursuant to 11 U.S.C. §331 that this Court enter an Order for allowance and payment of total compensation and expenses on a final basis in the amount of $23,147.04 for the time period from February 13, 2018 through October 31, 2018, that the interim payments in the total amount of $21,329.42 be approved, and for such other and further relief as this Court deems appropriate.

---

[1] Applicant incurred total expenses in the amount of $1,020.66 and applied $1,020.66 to its unpaid expenses from the Coltaf retainer and additional interim payments received from the Debtor.

DATED: November 16, 2018

                                                     Respectfully Submitted,

                                                     WEINMAN & ASSOCIATES, P.C.


                                                     By: /s/ Jeffrey A. Weinman
                                                          Jeffrey A. Weinman, #7605
                                                          730 17th Street, Suite 240
                                                          Denver, CO 80202-3506
                                                          Telephone: (303) 572-1010
                                                          Facsimile: (303) 572-1011
                                                          jweinman@weinmanpc.com
                                       *Attorneys for Debtor-in-Possession*

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on November 16, 2018, I served by prepaid first class mail a copy of the **COVER SHEET and FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WEINMAN & ASSOCIATES, P.C.**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. at the following addresses:

Daniel J. Morse, Esq.
U.S. Trustee's Office
308 W. 21st St., Room 203
Cheyenne, WY 82001

Samuel Boughner, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

11380 Smith Rd LLC
Attn: Louis Hard, Manager/Member
11380 East Smith Road
Aurora, CO 80010

Timothy M. Swanson, Esq.
Scott C. James, Esq.
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202

　　　　　　　　　　　　　　　　　　　　/s/ Lisa R. Kraai