Exhibit 5

DEBTOR(S): 11380 Smith Rd. LLC

CASE NUMBER: 18-10965TBM

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period End Date: 10/31/18

Accounting Method: ☑ Accrual Basis    ☐ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☑ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☑ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☑ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☑ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☑ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☑ | ☐ | 6. Narrative (Form 2-G) |
| ☑ | ☐ | 7. Bank Statements for All Bank Accounts (Redact all but last 4 digits of account number and remove check images) |
| ☑ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |
| — | ☐ | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 11/28/18    Print Name: Louis Hard

Signature: Louis Hard

Title: Member

Page 23
Rev. 1/15/14

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC    CASE NO: 18-10965TBM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/18 to 10/31/18

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 6327.86 (1) | $ 20000.- (1) |
| 2. Cash Receipts | | |
|    Operations | | |
|    Sale of Assets | | |
|    Loans/advances | | |
|    Other | 28700.- | 128008.- |
|    Total Cash Receipts | $ 28700.- | $ 148008.- |
| 3. Cash Disbursements | | |
|    Operations | | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | 975.- | 43848.93 |
|    Profession fees paid from Retainer (e.g. COLTAF acct) | | |
|    Other /utilities | 29694.82 | 99824.03 |
|    Total Cash Disbursements | $ 30669.82 | $ 143672.96 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -1969.82 | 4335.04 |
| 5 Ending Cash Balance (to Form 2-C) | $ 4335.04 (2) | $ 4335.04 (2) |

**CASH BALANCE SUMMARY**

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | N/A | $ |
| DIP Operating Account | KeyBank | 4335.04 |
| DIP State Tax Account | N/A | |
| DIP Payroll Account | N/A | |
| Other Operating Account | N/A | |
| Retainers held by professionals (i.e. COLTAF) | Weinman/Brown | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4335.04 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 24
Rev. 1/15/14

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC    CASE NO: 18-10965TBM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/18 to 10/31/18

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

Account No: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 10/3/18 | ACH | Aurora Water | Utilities - Water | $829.74 |
| 10/12/18 | ACH | Xcel | Utilities - Power | 28865.08 |
| 10/29/18 | 1108 | US Trustee | Monthly payment | 975.— |

Total Cash Disbursements    $30669.82 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC     CASE NO: 18-10965TBM

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
For Period Ended: 10/31/18

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
|   Cash (from Form 2-B, line 5) | $ 4335.04 | $ |
|   Accounts Receivable (from Form 2-E) | 135752.22 | 135752.22 |
|   Receivable from Officers, Employees, Affiliates | | |
|   Inventory | | |
|   Other Current Assets :(List) | | |
|     Total Current Assets | $ 140087.26 | $ 135752.22 |
| Fixed Assets: | | |
|   Land | $ | $ |
|   Building | 6,500,000 | 6,500,000 |
|   Equipment, Furniture and Fixtures | | |
|     Total Fixed Assets | | |
|   Less: Accumulated Depreciation | ( ) | ( ) |
|     Net Fixed Assets | $ 6,500,000 | $ 6,500,000 |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 6,640,087.26 | $ 6,635,752.22 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 22998.54 | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
|   Total Post Petition Liabilities | $ 22998.54 | $ 0 |
| Pre Petition Liabilities: | | |
|   Secured Debt | 3,531,638.47 | 3,531,638.47 |
|   Priority Debt | 1,232,000.- | 1,232,000.- |
|   Unsecured Debt | | |
|     Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 4,763,638.47 | 4,763,638.47 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ 1876448.79 | $ 1872113.75 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 6,640,087.26 | $ 6,635,752.22 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC            CASE NO: 18-10965TBM

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 10/1/18 to 10/31/18

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ Ø | $ Ø |
| Cost of Goods Sold |  |  |
| **Gross Profit** | $ Ø | $ Ø |
| Operating Expenses |  |  |
| Officer Compensation | $ | $ |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization |  |  |
| Other (list): Utilities | 29694.82 | 81816.03 |
| Total Operating Expenses | $ | $ 81816.03 |
| **Operating Income (Loss)** | $ -29694.82 | $ 81816.43 |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  | 130,000.— |
| Net Non-Operating Income or (Expenses) | $ Ø | $ 130,000.— |
| Reorganization Expenses |  | 43848.93 |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ 43848.93 |
| **Net Income (Loss) Before Income Taxes** | $ Ø | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| **NET INCOME (LOSS)** | $ -29694.82 | $ 4335.04 |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 28
Rev. 1/15/14

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC    CASE NO: 18-10965TBM

Form 2-E (Page 1 of 2)
SUPPORTING SCHEDULES
For Period: 10/1/18 to 10/31/18

## Summary of Post-Petition Taxes

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month(1) | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| | | | Total unpaid post-petition taxes | |

(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.

## Insurance Coverage Summary

| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | N/A | | | |
| General liability | Auto Owners | 1,000,000 | 5/23/19 | 11/23/18 |
| Property (fire, theft, etc.) | Auto Owners | 1,000,000 | 5/23/19 | 11/23/18 |
| Vehicle | N/A | | | |
| Other (list): | N/A | | | |
| Other (list): | N/A | | | |
| If any policies were renewed or replaced during reporting period, attach new certificate of insurance. | | | | |

Page 29
Rev. 1/15/14

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC    CASE NO: 18-10965TBM

Form 2-E (Page 2 of 2)
SUPPORTING SCHEDULES
For Period: 10/1/18 to 10/31/18

### Accounts Receivable Aging Summary (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | — | — | — | 135752.22 | 135752.22 |
| Post-petition receivables | N/A | N/A | N/A | N/A | N/A |
| Total | 0 | 0 | 0 | 135752.22 | 135752.22 |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | N/A | N/A | N/A | N/A | N/A |
| Other Payables | | 22998.54 | | | 22998.54 |
| Total | | 22998.54 | | | 22998.54 |

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 22998.54 | $ 0 | | $ 22998.54 |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | 22998.54 | | | |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Page 30
Rev. 1/15/14

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC    CASE NO: 18-10965TBM

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 10/31/18

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | 2018 | 202.86 | | | |
| TOTAL 1st Quarter | | $ 202.86 | $ 325.— | 1003 | 4/20/18 |
| April | 2018 | $ 1384.38 | | | |
| May | 2018 | 6440.75 | | | |
| June | 2018 | 7458.91 | | | |
| TOTAL 2nd Quarter | | $ 15284.04 | $ 650.— | 1105 | 7/13/18 |
| July | 2018 | $ 32041.91 | | | |
| August | 2018 | 26377.78 | | | |
| September | 2018 | 19276.41 | | | |
| TOTAL 3rd Quarter | | $ 77696.10 | $ 975.— | 1108 | 10/15/18 |
| October | 2018 | $ 30669.82 | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | $ | | |

:DULE (as of JANUARY 1, 2008)
that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 31
Rev. 1/15/14

Exhibit 5

DEBTOR(S): 11380 Smith Rd LLC    CASE NO: 18-10965TBM

Form 2-G
**NARRATIVE**
For Period Ending 10/31/18

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.

No significant changes in October.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
October 31, 2018
page 1 of 3



1675 1 AB 0.408 T6 P2 AUTO 1 RTM1X   T 101 00000 R EM T1   94437402        761011004022

11380 SMITH ROAD, LLC
CASE#18-10965TBM
DEBTOR IN POSSESSION
11380 SMITH RD
AURORA CO 80010-1406

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

---

**KeyBank Basic Business Checking 761011004022**

11380 SMITH ROAD, LLC
CASE#18-10965TBM
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 9-30-18 | $6,327.86 |
| 1 Addition | +28,700.00 |
| 3 Subtractions | -30,669.82 |
| Net fees and charges | -23.00 |
| **Ending balance 10-31-18** | **$4,335.04** |

### Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 10-9 | 6048 | Wire Deposit  HI-Tec Plastics  6487 | $28,700.00 |
| | | **Total additions** | **$28,700.00** |

### Subtractions

Paper Checks     * check missing from sequence

| Check | Date | Amount | | |
|---|---|---|---|---:|
| 1108 | 10-29 | $975.00 | | |
| | | | **Paper Checks Paid** | **$975.00** |

| Withdrawals Date | Serial # | Location | |
|---|---|---|---:|
| 10-3 | | Direct Withdrawal, City Aurora Ivr Payment | $829.74 |
| 10-12 | | Direct Withdrawal, Xcel Energy-Pscoxcelenergy | 28,865.08 |
| | | **Total subtractions** | **$30,669.82** |

761011004022 - 00618
138

1:10 PM
11/28/18

# 11380 Smith Rd, LLC
## Reconciliation Detail
KeyBank #4022, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 6,327.86 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 10/03/2018 | DR 10... | Aurora Water | X | -829.74 | -829.74 |
| Check | 10/12/2018 | DR 10... | Xcel Energy | X | -28,865.08 | -29,694.82 |
| Check | 10/15/2018 | 1108 | United States Trustee | X | -975.00 | -30,669.82 |
| Check | 10/31/2018 | | | X | -23.00 | -30,692.82 |
| Total Checks and Payments | | | | | -30,692.82 | -30,692.82 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/09/2018 | | | X | 28,700.00 | 28,700.00 |
| Total Deposits and Credits | | | | | 28,700.00 | 28,700.00 |
| Total Cleared Transactions | | | | | -1,992.82 | -1,992.82 |
| **Cleared Balance** | | | | | -1,992.82 | 4,335.04 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 10/15/2018 | TBD | Weinman & Associa... | | -6,044.52 | -6,044.52 |
| Total Checks and Payments | | | | | -6,044.52 | -6,044.52 |
| Total Uncleared Transactions | | | | | -6,044.52 | -6,044.52 |
| Register Balance as of 10/31/2018 | | | | | -8,037.34 | -1,709.48 |
| **Ending Balance** | | | | | **-8,037.34** | **-1,709.48** |

1:10 PM
11/28/18

# 11380 Smith Rd, LLC
## Reconciliation Summary
KeyBank #4022, Period Ending 10/31/2018

|  | Oct 31, 18 |
|---|---:|
| **Beginning Balance** | 6,327.86 |
| Cleared Transactions | |
|    *Checks and Payments - 4 items* | -30,692.82 |
|    Deposits and Credits - 1 item | 28,700.00 |
| **Total Cleared Transactions** | -1,992.82 |
| **Cleared Balance** | **4,335.04** |
| Uncleared Transactions | |
|    Checks and Payments - 1 item | -6,044.52 |
| **Total Uncleared Transactions** | -6,044.52 |
| **Register Balance as of 10/31/2018** | **-1,709.48** |
| **Ending Balance** | **-1,709.48** |