# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Honorable Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>**11380 SMITH ROAD, LLC,**<br>EIN: 46-4766309,<br><br>Debtor. | )<br>)<br>)   Case No. 18-10965 TBM<br>)   Chapter 11<br>)<br>) |

## ORDER GRANTING JOINT MOTION REGARDING POST-CONFIRMATION REFINANCE

THIS MATTER is before this Court on the "Joint Motion to Approve Post-Plan Confirmation Refinance and for Expedited Approval of Same" (Docket No. 147, the "**Joint Motion**").[1] The Court has reviewed the Joint Motion and the parties' assertions regarding the uncertainty of the need for Court approval of their post-confirmation refinancing arrangement therein. Accordingly, it is hereby;

**ORDERED** that the Joint Motion is granted;

**FURTHER ORDERED** that the Debtor is authorized to immediately proceed with a proposed refinance of Lender's note, or to consummate a future sale of the Debtor's real property commonly known as 11380 East Smith Road, Aurora, Colorado 80010, as contemplated in the Plan that was confirmed on October 31, 2018, without further Order of this Court, *provided that* such refinance or future sale comply with the express terms of the Stipulated Agreement;

**FURTHER ORDERED** that this Order shall satisfy the Debtor's obligation, pursuant to § 2 of the Stipulated Agreement, to obtain a Court order approving any proposed refinance or a future sale of the Debtor's real property; and

**FURTHER ORDERED** that nothing in this Order, or the Joint Motion, shall prejudice, alter or otherwise impair the Parties' respective rights and obligations under the Stipulated Agreement and all such rights are hereby reserved to the respective Parties to their fullest extent.

DATED this 30th day of November, 2018.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge

---

[1] All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Joint Motion.

4838-4800-7041.2