# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH RD LLC,

Debtor.

Bankruptcy Case No. 18-10965 TBM
Chapter 11

---

## ORDER PARTIALLY APPROVING FIRST AND FINAL FEE APPLICATION OF WEINMAN & ASSOCIATES, P.C.

---

THIS MATTER comes before the Court on the "First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Weinman & Associates, P.C." (Docket No. 144, the "Application") filed by counsel for the Debtor, Weinman & Associates, PC. (the "Applicant").  The Applicant asserts it provided proper notice of its Application and no objections were filed.

In the Application, the Applicant requests final approval of a total of $44,476.46 of fees, consisting of $21,329.42 of amounts already paid by the Debtor through application of the balance of a retainer and interim compensation, plus $23,147.04 in unpaid fees.  The Applicant also requests final approval of a total of $1,020.66 in expenses, all of which the Debtor has already paid through application of a retainer held by Applicant and interim fee reimbursement.

The Court carefully reviewed the Application and all supporting materials.  The Court has determined that the Cover Sheet (Docket No. 144) and the text of the Application are erroneous because they overstate the amount of fees billed.  More specifically, the text of the Application requests a total of $44,476.46 in fees.  However, Exhibit B (the Narrative of Services Performed) details the fees in only two categories.  The first category consists of fees charged for "General Case Administration."  In this category, the Application claims $16,100.50 in fees have been billed.  The second category consists of fees charged for "Plan and Disclosure Statement."  In this category, the Application has billed $21,396.00 in fees.  Thus, in Exhibit B, the total of fees billed by Applicant is only $37,496.50 ($16,100.50 + $21,396.00), not the $44,476.46 asserted in the text of the Application and the Cover Sheet.

Given the discrepancy between Exhibit B, the Application and the Cover Sheet, the Court carefully scrutinized the Applicant's underlying billing records attached to the Application as Exhibit C.   The billing records are consistent with Exhibit B (the Narrative of Services Performed).  That is – the billing records show that Applicant billed only a total of $37,496.50 in fees, not the $44,476.46 stated in the text of the Application and Cover

Sheet.  The Court also confirmed that the Applicant charged $1,020.66 in expenses, all of which has been paid.

Based on the foregoing, pursuant to 11 U.S.C. §§ 330 and 331, the Court:

ORDERS that the Applicant is awarded reasonable compensation for actual and necessary services in the total amount of $37,496.50; and

FURTHER ORDERS that after deducting the amount of $21,329.42 which has already been paid to Applicant through application of a retainer and interim compensation, the Debtor is authorized to pay the Applicant the remaining balance of $16,167.08; and

FURTHER ORDERS that the Applicant is awarded $1,020.66 for "reimbursement for actual necessary expenses" all of which already has been paid through application of a retainer or interim compensation, so the Debtor is not authorized to reimburse the Applicant for any additional expenses.

DATED this 12th day of December, 2018.

BY THE COURT:

_____
Thomas B. McNamara,
United States Bankruptcy Judge