**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

**Honorable Thomas B. McNamara**

| | |
|---|---|
| In re: ) | |
| ) | |
| **11380 SMITH ROAD, LLC,** ) | **Case No. 18-10965 TBM** |
| **EIN: 46-4766309**, ) | **Chapter 11** |
| ) | |
| Debtor. ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER WITH RESPECT TO THE FIRST AND FINAL APPLICATION OF BROWN DUNNING WALKER PC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND REQUEST FOR ENTRY OF ORDER**

On November 30, 2018, Brown Dunning Walker PC, Special counsel for Debtor-in-Possession, 11380 Smith Rd LLC ("Movant"), filed an Application pursuant to L.B.R. 9013-1 entitled: First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Brown Dunning Walker PC. Movant hereby certifies that the following is true and correct:

1. Service of the Application, Notice and proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and the L.B.R. as is shown on the Certificate of Service, L.B. Form 9013-1.2, previously filed with the Application on November 30, 2018.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the Certificate of Service, L.B. Form 9013-1.2, previously filed with the Notice on November 30, 2018.

3. The docket numbers for each of the following relevant documents are:

   a. The Application and all documents attached thereto and served therewith, (Docket No. 149);

   b. The Certificate of Service of the Applicationand all documents attached thereto and served therewith, Notice and proposed Order, (Docket No. 150);

   c. The Notice, (Docket No. 150); and

   d. The proposed Order, (Docket No. 149).

    4.    No objections to or requests for hearing on the Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the Notice.

    WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is attached to Docket No. 149, granting the requested relief.

    Dated this 28th day of December, 2018.

BROWN DUNNING WALKER PC

*s/ Douglas W. Brown*
Douglas W. Brown, Reg. No. 10429
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, Colorado 80222
Telephone: 303-329-3363
Email: dbrown@bdwfirm.com
*Attorneys for 11380 Smith Rd, LL*