IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 18-10965 |
| EIN: 46-4766309, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**COMFORT ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO SECTION 4(B) OF COURT APPROVED STIPULATED AGREEMENT**

THIS MATTER having come before the Court upon a request for a comfort order, pursuant to a stipulated agreement between the Debtor and 11380 East Smith RD Investments, LLC (the "**Lender**"), which has already been approved by the Court.

**THE COURT HEREBY FINDS THAT**:

A. On May 15, 2018, the Debtor and Lender entered into that certain Stipulated Agreement which, *inter alia*, resolved a pending stay relief motion (the "**Stipulated Agreement**") (*See* Docket No. 98-2).

B. On June 29, 2018, the Court entered its order approving the terms of the Stipulated Agreement (Docket No. 110).

C. Section 2 of the Stipulated Agreement required the Debtor, no later than January 1, 2019 (the "**Drop Dead Date**"), to either: (i) sell the real property commonly known as known as 11380 East Smith Road, Aurora, CO 80010 ("**Property**"); or (ii) refinance the Lender's note (Docket No. 98-2. at § 2).

D. Section 4(b) of the Stipulated Agreement granted Lender relief from the automatic stay, pursuant to Section 362(d)(1) of the Bankruptcy Code, if the Drop Dead Date passes without the Property being sold or Lender's note being refinanced.

E. The Drop Dead Date passed, and the Property was not sold and Lender's note was not refinanced.

F. Pursuant to Section 4(b) of the Stipulated Agreement, both Debtor and its principal, Mr. Louis Hard, consent to the automatic stay being lifted upon the filing of a notice with the Court ("**Stay Relief Notice**"), and have waived all defenses to the automatic stay being lifted.

G. On January 2, 2019, Lender filed its Stay Relief Notice (Docket No. 159).

THE COURT HEREBY ORDERS THAT:

1. The automatic stay is hereby lifted pursuant to Section 362(d)(1) of the Bankruptcy Code.

2. The application of the stay provided under Rule 4001(a)(3) of the Bankruptcy Rules is waived.

3. The Lender may pursue all legal remedies available to it against the Property, including, but not limited to, its prepetition Trustee's Sale with the Public Trustee of Adams County, Colorado (FC# A201777228).

DATED: January 7, 2019.

BY THE COURT:

*Thomas B. McNamara*

Honorable Thomas B. McNamara
United States Bankruptcy Judge