```
                           United States Bankruptcy Court
                                 District of Colorado
In re:                                                            Case No. 18-10965-TBM
11380 SMITH RD LLC                                                Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: spressera              Page 1 of 1              Date Rcvd: Jan 07, 2019
                              Form ID: pdf904              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2019.
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
aty             Weinman & Associates, P.C.,    730 17th St Ste 240,    Denver, CO  80202-3506
br             #+CBRE, Inc.,    8390 E. Crescent Parkway,    Suite 300,    Greenwood Village, CO 80111-2813
sp             +Springer & Steinberg, P.C.,    1600 Broadway,   Ste. 1200,    Denver, CO 80202-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              ##+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2019 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Spec. Counsel    Brown Dunning Walker PC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinmantrustee@outlook.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                    )
                                                          )
11380 SMITH ROAD, LLC,                                    )   Case No. 18-10965
EIN: 46-4766309,                                          )   Chapter 11
                                                          )
        Debtor.                                           )
                                                          )

## COMFORT ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO SECTION 4(B) OF COURT APPROVED STIPULATED AGREEMENT

THIS MATTER having come before the Court upon a request for a comfort order, pursuant to a stipulated agreement between the Debtor and 11380 East Smith RD Investments, LLC (the "**Lender**"), which has already been approved by the Court.

**THE COURT HEREBY FINDS THAT**:

A.  On May 15, 2018, the Debtor and Lender entered into that certain Stipulated Agreement which, *inter alia*, resolved a pending stay relief motion (the "**Stipulated Agreement**") (*See* Docket No. 98-2)

B.  On June 29, 2018, the Court entered its order approving the terms of the Stipulated Agreement (Docket No. 110).

C.  Section 2 of the Stipulated Agreement required the Debtor, no later than January 1, 2019 (the "**Drop Dead Date**"), to either: (i) sell the real property commonly known as known as 11380 East Smith Road, Aurora, CO 80010 ("**Property**"); or (ii) refinance the Lender's note (Docket No. 98-2. at § 2).

D.  Section 4(b) of the Stipulated Agreement granted Lender relief from the automatic stay, pursuant to Section 362(d)(1) of the Bankruptcy Code, if the Drop Dead Date passes without the Property being sold or Lender's note being refinanced.

E.  The Drop Dead Date passed, and the Property was not sold and Lender's note was not refinanced.

F.  Pursuant to Section 4(b) of the Stipulated Agreement, both Debtor and its principal, Mr. Louis Hard, consent to the automatic stay being lifted upon the filing of a notice with the Court ("**Stay Relief Notice**"), and have waived all defenses to the automatic stay being lifted.

G.  On January 2, 2019, Lender filed its Stay Relief Notice (Docket No. 159).

**THE COURT HEREBY ORDERS THAT:**

1. The automatic stay is hereby lifted pursuant to Section 362(d)(1) of the Bankruptcy Code.

2. The application of the stay provided under Rule 4001(a)(3) of the Bankruptcy Rules is waived.

3. The Lender may pursue all legal remedies available to it against the Property, including, but not limited to, its prepetition Trustee's Sale with the Public Trustee of Adams County, Colorado (FC# A201777228).

DATED: January _7_, 2019.

BY THE COURT:

*Thomas B. McNamara*

Honorable Thomas B. McNamara
United States Bankruptcy Judge