UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Thomas B. McNamara

| | |
|---|---|
| In re: | ) |
| | ) |
| **11380 SMITH RD, LLC** | ) Case Number 18-10965 TBM |
| SSN: XXX-XX-1509; | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF BROWN
DUNNING WALKER PC FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES IN PART**

THIS MATTER is before the Court on the "First and Final Application of Brown Dunning Walker PC for Allowance of Compensation and Reimbursement of Expenses" (Docket No. 149, the "Application") as Special Litigation Counsel for 11380 Smith Rd, LLC, the Chapter 11 Debtor (the "Debtor") in the above-captioned case. The Applicant, Brown Dunning Walker PC (the "Applicant") asserts it provided proper notice of its Application and no objections have been filed thereto. The Court has reviewed the Application and the record in this case and finds that cause exist to approve the compensation and reimbursement of expenses, except for $312.50 in legal services rendered prior to the date the Applicant filed its Application (see *Lazzo v. Rose Hill Bank (In re Schupbach Inv., LLC)*, 808 F.3d 1215 (10th Cir. 2015)). Accordingly, it is hereby

ORDERED that the Application is GRANTED; fees in the amount of $24,917.50 and expenses of $89.62, for a total final award of $25,007.12 to Brown Dunning Walker PC for services provided to the Debtor from February 13, 2018, to October 31, 2018 are APPROVED.

IT IS FURTHER ORDERED that the interim payment in the total amount of $8,827.83 is APPROVED.

IT IS FURTHER ORDERED that Brown Dunning Walker PC is authorized to apply the $8,437.07 held in its COLTAF account to its remaining unpaid fees.

IT IS FURTHER ORDERED that the Debtor is authorized to pay the total remaining unpaid attorneys' fees in the total amount of $7,742.22.

Dated: January 14, 2019

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge