United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
     Debtor

Case No. 18-10965-TBM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1       User: spressera       Page 1 of 1       Date Rcvd: Jan 14, 2019  
                         Form ID: pdf904      Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db             +11380 SMITH RD LLC,    11380 Smith Road,    Aurora, CO 80010-1406
aty             Weinman & Associates, P.C.,    730 17th St Ste 240,    Denver, CO  80202-3506
br             #+CBRE, Inc.,    8390 E. Crescent Parkway,    Suite 300,    Greenwood Village, CO 80111-2813
sp             +Springer & Steinberg, P.C.,    1600 Broadway,    Ste. 1200,    Denver, CO 80202-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              ##+Merlin Law Group, P.A.,    999 18th St.,    Ste. 3000,    Denver, CO 80202-2449
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
              Douglas W Brown    on behalf of Spec. Counsel    Brown Dunning Walker PC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Douglas W Brown    on behalf of Debtor    11380 SMITH RD LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Jeffrey Weinman    on behalf of Debtor    11380 SMITH RD LLC jweinmantrustee@outlook.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
              Scott Calvin James    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               scott.james@moyewhite.com,    brooke.somerville@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC
               tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Thomas B. McNamara

In re:                                )
                                      )
**11380 SMITH RD, LLC**               )   Case Number 18-10965 TBM
SSN: XXX-XX-1509;                     )   Chapter 11
                                      )
Debtor.                               )

ORDER APPROVING FIRST AND FINAL APPLICATION OF BROWN
DUNNING WALKER PC FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES IN PART

THIS MATTER is before the Court on the "First and Final Application of Brown Dunning Walker PC for Allowance of Compensation and Reimbursement of Expenses" (Docket No. 149, the "Application") as Special Litigation Counsel for 11380 Smith Rd, LLC, the Chapter 11 Debtor (the "Debtor") in the above-captioned case. The Applicant, Brown Dunning Walker PC (the "Applicant") asserts it provided proper notice of its Application and no objections have been filed thereto. The Court has reviewed the Application and the record in this case and finds that cause exist to approve the compensation and reimbursement of expenses, except for $312.50 in legal services rendered prior to the date the Applicant filed its Application (see *Lazzo v. Rose Hill Bank (In re Schupbach Inv., LLC)*, 808 F.3d 1215 (10th Cir. 2015)). Accordingly, it is hereby

ORDERED that the Application is GRANTED; fees in the amount of $24,917.50 and expenses of $89.62, for a total final award of $25,007.12 to Brown Dunning Walker PC for services provided to the Debtor from February 13, 2018, to October 31, 2018 are APPROVED.

IT IS FURTHER ORDERED that the interim payment in the total amount of $8,827.83 is APPROVED.

IT IS FURTHER ORDERED that Brown Dunning Walker PC is authorized to apply the $8,437.07 held in its COLTAF account to its remaining unpaid fees.

IT IS FURTHER ORDERED that the Debtor is authorized to pay the total remaining unpaid attorneys' fees in the total amount of $7,742.22.

Dated: January 14, 2019

BY THE COURT:

Thomas B. McNamara,
United States Bankruptcy Judge